**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                      415.522.2000

**December 10, 2009**

**CASE NUMBER:  CV 09-05235 JSW**
**CASE TITLE:  POWER INTEGRATIONS, INC.-v-FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW (PVT)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/10/09

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer 12/10/09 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA