IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Power Integrations, Inc., | NO. C 09-05235 JW |
|       Plaintiff, | **ORDER DENYING PARTIES' REQUEST FOR CONTINUANCE OF TUTORIAL AND MARKMAN; VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| Fairchild Semiconductor Int'l, Inc., et al., | |
|       Defendant. | |

This case is scheduled for a Case Management Conference on February 14, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 105.) The case is set for a tutorial and Markman hearing on March 24-25, 2011. In their Joint Statement, the parties seek a continuance of the tutorial and Markman hearing to April 27-28 based on defense counsel's unavailability on the dates scheduled.

Upon review, and in light of the Court's own availability, the Court DENIES the parties' request for a continuance at this time. The parties have known about these dates since November and thus, should have calendared these events to avoid conflicts with their other cases.

Further, the Court finds an interim Conference unnecessary at this time and thus, the Court VACATES the February 14 Case Management Conference. The parties shall appear for the tutorial and Markman hearing on March 24-25, 2011.

Dated: February 8, 2011

                                                    JAMES WARE
                                                    United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony R. De Alcuaz adealcuaz@mwe.com
Frank Everett Scherkenbach scherkenbach@fr.com
Howard Glenn Pollack pollack@fr.com
Jeremy Todd Elman jelman@mwe.com
Jeremy Todd Elman jelman@mwe.com
Michael Richard Headley headley@fr.com

**Dated:  February 8, 2011**                                   **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers               **
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**