| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | TERRENCE P. MCMAHON (SBN 71910)<br>tmcmahon@mwe.com<br>ANTHONY DE ALCUAZ (SBN 65599)<br>adealcuaz@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:    (650) 815-7400<br>Facsimile:      (650) 815-7401<br><br>JEREMY T. ELMAN (SBN 223696)<br>jelman@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>201 S. Biscayne Blvd., Miami, FL 33131<br>Telephone:    (305) 358-3500<br>Facsimile:      (305) 347-6500<br><br>Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC.,  FAIRCHILD<br>SEMICONDUCTOR CORPORATION, and<br>SYSTEM GENERAL CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235 JW (PSG)<br><br>ELECTRONIC CASE FILING<br><br>[PROPOSED] ORDER GRANTING STIPULATION REQUESTING CONFIDENTIAL DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INVESTIGATION NO. 337-TA-541, IN RE CERTAIN POWER SUPPLY CONTROLLERS AND PRODUCTS CONTAINING SAME<br><br>Date:       N/A<br>Time:       N/A<br>Location:  Courtroom 15, 8th Floor<br>Before:     Hon. Judge James Ware |

Having considered the papers and arguments related to the parties' Stipulation Requesting Confidential Documents From International Trade Commission Investigation No. 337-TA-541, In Re Certain Power Supply Controllers and Products Containing Same, this Court finds good cause to and hereby GRANTS the parties' Stipulation. The Court orders as follows:

(1)  The parties shall submit this Order to the ITC to obtain the following documents (the "Confidential Documents") from the above-referenced Investigation:

    a.  An unredacted copy of the Final Initial and Recommended Determinations dated May 15, 2006;

    b.  Unredacted copies of all ITC Trial Exhibits and Demonstratives discussed or admitted during trial in the parties' ITC case (including, but not limited to, to those with CDX-, CPX-, CX-, JX-, RDX-, RPX-, RRX-, RX-, SDX-, and/or SX- prefixes);

    c.  Unredacted copies of all ITC Trial Transcripts from any "CONFIDENTIAL SESSION" during the parties' ITC case, including pages 196-198, 435-440, 465-491, 510-551, 643-648, 681-692, 743-796, 1083-1088, 1216-1297, 1530-1531, and 1547-1561 of the ITC Trial Transcript and pages 60-88 of the parties' closing arguments;

    d.  Unredacted copies of all confidential ITC Orders and Opinions, including ITC Order No. 10, ITC Order No. 11, ITC Order No. 12, ITC Order No. 13, 2006-01-13 ITC Order No. 15, and ITC Order No. 17;

    e.  Unredacted copies of all confidential briefing and motions;

    f.  Unredacted copies of all confidential correspondence;

    g.  Unredacted copies of all confidential deposition transcripts and exhibits;

    h.  Unredacted copies of all confidential pleadings;

    i.  Unredacted copies of all confidential expert reports.

(2)  The above-referenced Confidential Documents are to be transmitted to this Court pursuant to the Protective Order in this action. The Confidential Documents should be transmitted to Chief Judge James Ware, c/o Felicia Reloba, Docketing Clerk, United States District Court for the

1 District of the Northern District of California, San Francisco Courthouse, Courtroom ~~5, 17th~~ 15, 18th

2 Floor, 450 Golden Gate Avenue, San Francisco, CA 94110.

(3) The Clerk of the Court is to notify the parties that the above-referenced Confidential Documents have been received by this Court.

(4) Once the above-referenced Confidential Documents are received by this Court, the parties will collect the Confidential Documents, make two sets of the Confidential Documents, and return the Confidential Documents to the Court within ten (10) business days.

(5) The Court will retain the Confidential Documents throughout the pendency of this action, and return the documents to the International Trade Commission upon termination or conclusion of this action.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

DM_US 28937797-1.060948.0021

~~[Proposed]~~ Order Granting Stipulation Requesting Confidential Documents From International Trade Commission Investigation No. 337-TA-541     - 3 -     Case No. C 09-5235 JW (PSG)

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park