1  G. HOPKINS GUY, III (SBN 124811)
   hopguy@orrick.com
2  VICKIE FEEMAN (SBN 177487)
   vfeeman@orrick.com
3  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
4
   ORRICK, HERRINGTON & SUTCLIFFE LLP
5  1000 Marsh Road
   Menlo Park, CA  94025
6  Telephone:     (650) 614-7400
   Facsimile:      (650) 614-7401
7
   Attorneys for Defendants
8  FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
   FAIRCHILD SEMICONDUCTOR CORPORATION and
9  SYSTEM GENERAL CORPORATION

10

11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                                SAN JOSE DIVISION
15

16

17 POWER INTEGRATIONS, INC., a Delaware       Case No.  C-09-05235 JW
   corporation,
18                                            [~~PROPOSED~~] ORDER GRANTING
              Plaintiff,                      WITHDRAWAL OF COUNSEL
19
        v.
20
   FAIRCHILD SEMICONDUCTOR
21 INTERNATIONAL, INC., a Delaware
   corporation, FAIRCHILD
22 SEMICONDUCTOR CORPORATION, a
   Delaware Corporation, and SYSTEM
23 GENERAL CORPORATION, a Taiwanese
   corporation,
24
              Defendants.
25

26

27

28

                                              [~~PROPOSED~~] ORDER GRANTING
                                                    WITHDRAWAL OF COUNSEL
                                                              C-09-5235 JW

OHSUSA:750188367.1

1     Having considered the request to withdraw as counsel of record for Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation and System General Corporation in the above captioned matter.

    IT IS HEREBY ORDERED THAT the request is GRANTED and the law firm of Orrick, Herrington & Sutcliffe LLP and the following counsel are relieved as counsel of record for Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation and System General Corporation in the above captioned matter.

G. Hopkins Guy, III (SBN 124811)
   hopguy@orrick.com

Vickie Feeman (SBN 177487)
   vfeeman@orrick.com

Bas de Blank (SBN 191487)
   basdeblank@orrick.com

Dated: April 4, 2012

_____
JAMES WARE
United States District Chief Judge

[~~PROPOSED~~] ORDER GRANTING
WITHRAWAL OF COUNSEL
C-09-5235 JW

OHSUSA:750188367.1