1    Frank E. Scherkenbach (SBN 142549)      Terrence P. McMahon (SBN 71910)
     scherkenbach@fr.com        tmcmahon@mwe.com

2    FISH & RICHARDSON P.C.        Anthony de Alcuaz (SBN 65599)
     One Marina Park Drive        adealcuaz@mwe.com

3    Boston, MA 02110-2804        McDERMOTT WILL & EMERY LLP
     Telephone: (617) 542-5070        275 Middlefield Road, Suite 100

4    Facsimile:  (617) 542-8906        Menlo Park, CA  94025-4004
                                Telephone:  (650) 815-7400

5    Howard G. Pollack (SBN 162897)      Facsimile:  (650) 815-7401
     pollack@fr.com

6    Michael R. Headley (SBN 220834)      Jeremy T. Elman (SBN 223696)
     headley@fr.com        jelman@mwe.com

7    FISH & RICHARDSON P.C.        McDERMOTT WILL & EMERY LLP
     500 Arguello Street, Suite 500        333 Avenue of the Americas, Ste. 4500,

8    Redwood City, CA  94063        Miami, FL 33131
     Telephone: (650) 839-5070        Telephone:     (305) 347-6543

9    Facsimile:  (650) 839-5071        Facsimile:     (305) 347-6500

10   Attorneys for Plaintiff        Attorneys for Defendants FAIRCHILD
     POWER INTEGRATIONS, INC.        SEMICONDUCTOR INTERNATIONAL,

11                                       INC.,  FAIRCHILD SEMICONDUCTOR
                                      CORPORATION, and SYSTEM GENERAL

12                                       CORPORATION

13

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     (SAN FRANCISCO DIVISION)

17

18   POWER INTEGRATIONS, INC., a Delaware      Case No. 09-cv-05235-JW
     corporation,

19                            **JOINT STIPULATION AND [PROPOSED]**
               Plaintiff,        **ORDER EXTENDING DISCOVERY**

20                            **DEADLINES**

21       v.

22   FAIRCHILD SEMICONDUCTOR
     INTERNATIONAL, INC., a Delaware

23   corporation, FAIRCHILD SEMICONDUCTOR
     CORPORATION, a Delaware corporation, and

24   SYSTEM GENERAL CORPORATION, a
     Taiwanese corporation,

25                Defendant.

IT IS SO ORDERED

Judge James Ware

26

27

28

1    Subject to the approval and order of the Court, Plaintiff Power Integrations, Inc. ("Power

2    Integrations") and Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor

3    Corporation, and System General Corporation (collectively, "Fairchild") hereby stipulate and agree

4    to a brief extension of the discovery deadlines previously set by this Court [*see* D.I. 145] as set forth

5    below.

6    No trial date has yet been scheduled for this case, and the case will need to be re-assigned in

7    the coming months in view of the Court's impending retirement.  Therefore, any extension will not

8    impact the Court's calendar.  The parties' stipulation would establish the following new schedule of

9    events:

10

11

| Event | Proposed Date | Current Date [D.I. 145] |
|---|---|---|
| Close of All Discovery | March 1, 2013 | October 1, 2012 |
| Last Date for Hearing Dispositive Motions (~60 days after close of discovery) | May 3, 2013 | December 3, 2012 |
| Preliminary Pretrial Conference (~ 30 days before close of discovery) | TBD when the case is reassigned | September 17, 2012 |
| Preliminary Pretrial Conference Statements (Due 10 days before conference) | TBD when the case is reassigned | September 7, 2012 |
| Opening Expert Reports | December 13, 2012 | July 30, 2012 |
| Rebuttal Expert Reports | January 24, 2013 | August 13, 2012 |
| Daubert Motion Hearing Deadline | May 3, 2013 | Sept. 24, 2012 |

22    Dated:  June 26, 2012                      FISH & RICHARDSON P.C.

23

24                                      By: /s/ *Michael R. Headley*

25                                           Michael R. Headley

26                                      Attorneys for Plaintiff
                                       POWER INTEGRATIONS, INC.

27

28

1   Dated:  June 26, 2012                              MCDERMOTT, WILL & EMERY LLP

2

3                                                       By:   /s/ Jeremy T. Elman
                                                             Jeremy T. Elman

4                                                       Attorneys for Defendants FAIRCHILD
5                                                       SEMICONDUCTOR INTERNATIONAL,
                                                        INC., FAIRCHILD SEMICONDUCTOR
6                                                       CORPORATION, and SYSTEM GENERAL
                                                        CORPORATION

7

8

9           Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

10   of perjury that concurrence in the filing of this document has been obtained from counsel for

11   Defendants.

12   Dated:  June 26, 2012

13

14                                                      FISH & RICHARDSON P.C.

15                                                      By:   /s/ Michael R. Headley
                                                             Michael R. Headley

16

17                                                      Attorneys for Plaintiff
                                                        POWER INTEGRATIONS, INC.

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED JULY 3, 2012.

20

21

22   _____
     Hon. James Ware
23   United States District Chief Judge

24

25

26

27

28