IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

    Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,

    Defendants.
_____/

No. C 09-5235 MMC

**ORDER DENYING DEFENDANTS' MOTION TO SHORTEN TIME; SETTING DATE FOR HEARING ON MOTION TO AMEND**

    Before the Court is defendants' motion, filed September 21, 2012, to shorten time on their motion for leave to file a second amended answer and counterclaims, on the asserted ground that the currently scheduled Case Management Conference will not be meaningful in the absence of a ruling thereon. The Court is not persuaded.

    Accordingly, the motion to shorten time is hereby DENIED, and the motion for leave to file a second amended answer and counterclaims is hereby SCHEDULED to be heard on November 2, 2012.

    **IT IS SO ORDERED.**

Dated: September 27, 2012

                              MAXINE M. CHESNEY
                              United States District Judge