TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

JEREMY T. ELMAN (State Bar No. 223696)
jelman@mwe.com
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, FL 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
SYSTEM GENERAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235 MMC<br><br>ELECTRONIC CASE FILING<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br>Date: N/A<br>Time: N/A<br>Location: Courtroom 7, 19th floor<br>Before: Hon. Judge Maxine M. Chesney |

Leigh Martinson, an active member in good standing of the bar of the District of Massachusetts ~~Columbia~~ whose business address and telephone numbers is McDermott Will & Emery LLP, 28 State, Boston, Massachusetts 02109-1775, (617) 535-4032, having applied in the above-entitled

1  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
2  representing Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation,
3  and System General Corporation.
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  will constitute in General order No. 45, *Electronic Case Filing*.

Dated: September 28, 2012

_____
U.S. District Judge Maxine M. Chesney

DM_US 39043764-1.060948.0021