TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:      (650) 815-7400
Facsimile:      (650) 815-7401

JEREMY T. ELMAN (State Bar No. 223696)
jelman@mwe.com
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, FL 33131
Telephone:      (305) 358-3500
Facsimile:      (305) 347-

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
SYSTEM GENERAL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Case No. C 09-5235 MMC <br><br> ELECTRONIC CASE FILING <br><br> (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> Date:        N/A <br> Time:        N/A <br> Location:    Courtroom 7, 19th floor <br> Before:      Hon. Judge Maxine M. Chesney |

Christina Ondrick, an active member in good standing of the bar of the District of

Columbia whose business address and telephone numbers is McDermott Will & Emery LLP, 600

Thirteenth Street, NW, Washington, DC 20005-3096, (202) 756-8000, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute in General order No. 45, *Electronic Case Filing*.

Dated: October 1, 2012

_____
U.S. District Judge Maxine M. Chesney

DM_US 39043679-2.060948.0021

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park