United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

POWER INTEGRATIONS, INC.,

11

        Plaintiff,

12

  v.

13

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., et al.,

14

        Defendants.

15

_____/

No. C 09-5235 MMC

**ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO FILE SECOND
AMENDED ANSWER AND
COUNTERCLAIMS**

16

17

      Before the Court is defendants' "Motion for Leave to File Second Amended Answer

18

and Counterclaims," filed September 21, 2012.  Plaintiff has filed opposition, to which

19

defendants have replied.  The matter came on regularly for hearing November 2, 2012.

20

Howard G. Pollack and Neil A. Warren of Fish & Richardson P.C. appeared on behalf of

21

plaintiff.  Blair M. Jacobs and Daniel E. Alberti of McDermott Will & Emery LLP appeared on

22

behalf of defendants.  Having read and considered the parties' respective written

23

submissions and considered the arguments of counsel, the Court, for the reasons stated on

24

the record at the hearing, hereby GRANTS the motion.  Defendants are DIRECTED to file,

25

no later than November 6, 2012, their Second Amended Answer and Counterclaims.

      **IT IS SO ORDERED.**

26

27

Dated:  November 2, 2012

28

_____
MAXINE M. CHESNEY
United States District Judge