TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

BLAIR M. JACOBS (admitted *pro hac vice*)
bjacobs@mwe.com
CHRISTINA ONDRICK (admitted *pro hac vice*)
condrick@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone:   (202) 756-8000
Facsimile:   (202) 756-8087

JEREMY T. ELMAN (State Bar No. 223696)
jelman@mwe.com
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, FL 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
SYSTEM GENERAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO POWER INTEGRATIONS' NOTICE AND MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND 35 U.S.C. § 285 AND ~~[PROPOSED~~ ORDER]**<br><br>Date:      N/A<br>Time:      N/A<br>Location:  Courtroom 7, 19th floor<br>Before:    Hon. Judge Maxine Chesney |

In view of the upcoming holidays and the current response deadline of December 26, 2012 to Power Integrations' Motion for Sanctions Pursuant to Rule 11 and 35 U.S.C. § 285 and the current reply deadline of January 2, 2013, the parties, by and through their respective counsel, hereby stipulate and agree to postpone the deadlines by approximately one week, and propose the following schedule for briefing and hearing of this motion:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition to Motion | December 26, 2012 | January 4, 2013 |
| Reply In Support of Motion | January 2, 2013 | January 11, 2013 |
| Hearing | January 18, 2013 | January 25, 2013 |

IT IS SO STIPULATED.

Dated: December 17, 2012   FISH & RICHARDSON P.C.

By: /s/ Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: December 17, 2012   MCDERMOTT, WILL & EMERY LLP

By: /s/ Jeremy T. Elman

Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 18, 2012

_/s/ Maxine M. Chesney_
Judge Maxine Chesney