IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

    Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,

    Defendants.

No. C 09-5235 MMC

**ORDER VACATING JANUARY 25, 2013 HEARING ON POWER INTEGRATION'S MOTION FOR SANCTIONS**

    Before the Court is Power Integrations, Inc.'s "Motion for Sanctions Pursuant to Rule 11 and 35 U.S.C. § 285," filed December 11, 2012. Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation have filed opposition to the motion, to which Power Integrations, Inc. has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for January 25, 2013.

    **IT IS SO ORDERED.**

Dated: January 23, 2013

MAXINE M. CHESNEY
United States District Judge