1  Frank E. Scherkenbach (SBN 142549)            Terrence P. McMahon (SBN 71910)
   scherkenbach@fr.com                           tmcmahon@mwe.com
2  FISH & RICHARDSON P.C.                        McDERMOTT WILL & EMERY LLP
   One Marina Park Drive                         275 Middlefield Road, Suite 100
3  Boston, MA 02110-2804                         Menlo Park, CA 94025-4004
   Telephone: (617) 542-5070                     Telephone: (650) 815-7400
4  Facsimile: (617) 542-8906                     Facsimile: (650) 815-7401

5  Howard G. Pollack (SBN 162897)                Blair M. Jacobs (admitted *pro hac vice*)
   pollack@fr.com                                bjacobs@mwe.com
6  Michael R. Headley (SBN 220834)               Christina Ondrick (admitted *pro hac vice*)
   headley@fr.com                                condrick@mwe.com
7  FISH & RICHARDSON P.C.                        McDERMOTT WILL & EMERY LLP
   500 Arguello Street, Suite 500                600 13th Street, NW
8  Redwood City, CA 94063                        Washington, DC 20005
   Telephone: (650) 839-5070                     Telephone:  (202) 756-8000
9  Facsimile: (650) 839-5071                     Facsimile:  (202) 756-8087

10 Attorneys for Plaintiff                       Jeremy T. Elman (SBN 223696)
   POWER INTEGRATIONS, INC.                      jelman@mwe.com
11                                               McDERMOTT WILL & EMERY LLP
                                                 333 Avenue of the Americas, Ste. 4500,
12                                               Miami, FL 33131
                                                 Telephone:  (305) 347-6543
13                                               Facsimile:  (305) 347-6500

14                                               Attorneys for Defendants FAIRCHILD
                                                 SEMICONDUCTOR INTERNATIONAL, INC.,
15                                               FAIRCHILD SEMICONDUCTOR CORP., and
                                                 SYSTEM GENERAL CORPORATION

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

(SAN FRANCISCO DIVISION)

19

20  POWER INTEGRATIONS, INC., a Delaware        Case No. 09-cv-05235-MMC
    corporation,
21                                              **STIPULATED NOTICE OF
                    Plaintiff,                  WITHDRAWAL AND UNOPPOSED
22                                              MOTION ~~AND [PROPOSED] ORDER~~
        v.                                      FOR LEAVE EXTENDING PAGE LIMITS
23                                              ON CLAIM CONSTRUCTION BRIEFING
    FAIRCHILD SEMICONDUCTOR                     RE '700 PATENT; ORDER THEREON**
24  INTERNATIONAL, INC., a Delaware
    corporation, FAIRCHILD SEMICONDUCTOR
25  CORPORATION, a Delaware corporation, and   Date:     N/A
    SYSTEM GENERAL CORPORATION, a              Time:     N/A
26  Taiwanese corporation,                     Location: Courtroom 7, 19th floor
                                               Before:   Hon. Judge Maxine Chesney
27                  Defendant.

28

The parties have reached an agreement with regard to claim construction briefing with respect to Fairchild's U.S. Patent No. 8,179,700 ("the '700 patent") to resolve an issue that has arisen over their differing interpretations of the Court's order as to the procedure and schedule for such briefing.  Specifically:

- Fairchild understood the Court's order and the local rules to require Fairchild to file an opening brief, Power Integrations to file an opposition brief, and Fairchild to file a reply brief (three briefs in total on the single patent with five disputed terms) (Fairchild understood the "s" after "brief" to be typographical error in direct conflict with local rules and parties' negotiations.).

- Power Integrations understood the Court's order [D.I. 170] incorporating the parties' proposed scheduling order [D.I. 163 at 13] to provide for both parties to file opening briefs, both parties to file opposition briefs, and both parties to file reply briefs (six briefs in total).

To resolve this dispute, the parties, by and through their respective counsel, have reached the following agreement:

- Power Integrations agrees to and hereby does withdraw its opening claim construction brief regarding the '700 patent [D.I. 198-199]; Power Integrations will instead submit a responsive claim construction brief on Monday, March 25, 2013.  Fairchild will then submit its reply brief on April 1, 2013.

- To permit the parties to more fully address the issues and the relevant technical background, Power Integrations hereby requests the Court to allow Power Integrations up to an additional five (5) pages for its responsive claim construction brief and allow Fairchild up to an additional three (3) pages for its reply brief on claim construction.  Fairchild does not oppose this motion.  Fairchild only seeks the additional three pages of briefing to the extent Power Integrations is granted an additional five pages of briefing.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: March 18, 2013 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ *Michael R. Headley* <br>     Michael R. Headley |
| 4 | | Attorneys for Plaintiff <br> POWER INTEGRATIONS, INC. |
| 7 | Dated: March 18, 2013 | MCDERMOTT, WILL & EMERY LLP |
| 9 | | By: /s/ *Blair Jacobs* <br>     Blair Jacobs |
| 11 | | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: March 18, 2013              FISH & RICHARDSON P.C.

By:  /s/ *Michael R. Headley*
     Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception of the request for additional pages, no specific need having been shown.

DATED: March 19, 2013

*[signature]*
Judge Maxine Chesney