| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA  02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:   (617) 542-8906 | Terrence P. McMahon (SBN 71910)<br>tmcmahon@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:  (650) 815-7400<br>Facsimile:   (650) 815-7401 |
| Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael R. Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071 | Blair M. Jacobs (admitted *pro hac vice*)<br>bjacobs@mwe.com<br>Christina A. Ondrick (admitted *pro hac vice*)<br>condrick@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>Telephone:  (202) 756-8000<br>Facsimile:   (202) 756-8087 |
| Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,  FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>      Defendant. | Case No. 09-cv-05235-MMC<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE / DAUBERT MOTION DEADLINES** |

1   The Court currently has a status conference on calendar for July 19, 2013.  Plaintiff Power
2   Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International,
3   Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively,
4   "Fairchild") jointly submit the following joint status report and proposals to (a) modify slightly the
5   schedule for dispositive / *Daubert* motions and (b) take the July 19 status conference off calendar.
6   The parties have largely completed fact discovery (with the exception of a few minor
7   outstanding issues they are working out cooperatively), and they resolved their one outstanding
8   discovery dispute without involving Magistrate Judge James.  In view of the parties' schedules and
9   an unforeseen availability issue with of one of Fairchild's experts, the parties agreed to the
10  following brief extension of the deadlines for expert disclosures and depositions:

- Opening expert reports: due July 19
- Responsive expert reports: due Aug. 22
- Deadline for completing expert discovery: Sept. 11

In view of these minor modifications to the schedule for completing expert discovery, subject to the approval and order of the Court, the parties hereby stipulate and agree to a brief extension of the dispositive / *Daubert* motion deadlines previously set by this Court [*see* D.I. 170] as set forth below:

| Event | Proposed Date | Current Date |
|---|---|---|
| Deadline to file dispositive / *Daubert* motions | Sept. 27 | Sept. 6 |
| Deadline to file oppositions to dispositive / *Daubert* motions | Oct. 11 | Sept. 20 |
| Deadline to file replies in support of dispositive / *Daubert* motions | Oct. 18 | Sept. 27 |
| Hearing on dispositive / *Daubert* motions | Nov. 1, or at the Court's convenience thereafter | October 11 |

These extensions will not otherwise impact the schedule in this case.  Additionally, Fairchild intends to shortly file a motion with the Court seeking leave to amend its infringement contentions.

In view of the parties' agreements with respect to scheduling and their cooperation with respect to discovery, the parties do not believe there is a need for a status conference at this time.

1  As such, the parties request that the Court take the July 19 status conference off calendar, although

2  the parties remain available for a teleconference should the Court have any questions at this time.

3  Dated:  July 3, 2013                                              FISH & RICHARDSON P.C.

 

 

                                                           By: /s/ *Michael R. Headley*
                                                                  Michael R. Headley

                                                             Attorneys for Plaintiff
                                                             POWER INTEGRATIONS, INC.

Dated:  July 3, 2013                                              MCDERMOTT, WILL & EMERY LLP

                                                             By:  /s/ *Blair Jacobs*
                                                                  Blair Jacobs

                                                             Attorneys for Defendants FAIRCHILD
                                                             SEMICONDUCTOR INTERNATIONAL,
                                                             INC., FAIRCHILD SEMICONDUCTOR
                                                             CORPORATION, and SYSTEM GENERAL
                                                             CORPORATION

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  July 3, 2013                                              FISH & RICHARDSON P.C.

                                                            By: /s/ *Michael R. Headley*
                                                                Michael R. Headley

                                                             Attorneys for Plaintiff
                                                              POWER INTEGRATIONS, INC.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.  IT IS FURTHER ORDERED that the July 19, 2013 Status Conference is hereby CONINUED to December 6, 2013 at 10:30a.m.; the parties shall file a Joint Status Report no later than November 27, 2013.

Dated:  July 8, 2013                                              _____
                                                                        United States District Judge