1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

        Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., et al.,

        Defendants.

_____/

No. C 09-5235 MMC

**ORDER REFERRING TO MAGISTRATE
JUDGE JAMES DEFENDANTS'
MOTIONS FOR LEAVE TO AMEND
INFRINGEMENT CONTENTIONS AND
TO SEAL EXHIBITS**

      Pursuant to Civil Local Rule 72-1, defendants' Motion for Leave to Amend
Infringement Contentions and their Administrative Motion to File Under Seal, both filed July
10, 2013, are hereby REFERRED to Magistrate Judge Maria-Elena James, to whom all
discovery matters previously were referred.

      The parties will be advised of the date, time and place of the next appearance, if
any, by notice from the assigned Magistrate Judge's chambers.

      **IT IS SO ORDERED.**

Dated:  July 11, 2013

                            _____
                            MAXINE M. CHESNEY
                            United States District Judge