IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al., <br><br> Defendants. | No. 09-05235 MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER OF AUGUST 28, 2013** |

Before the Court is defendants' Motion for Relief (hereinafter, "Objection"), filed September 11, 2013, by which defendants object to Magistrate Judge Maria-Elena James's August 28, 2013, order denying defendants' request to amend their infringement contentions. Also before the Court is defendants' Administrative Motion, filed September 11, 2013, for leave to file a portion of their Objection under seal.[1]

Defendants' Objection is based primarily on declarations, not previously submitted to Magistrate Judge James (see Objection at 3 n.2), pertaining to difficult personal concerns bearing upon the ability of defendants' technical expert to assist in the preparation of the proposed amendments. Under such circumstances, defendants' Objection is, in essence, a motion for reconsideration based on newly-offered evidence.

---

[1] By said motion, defendants seek to file under seal an exhibit in support of one of the below-referenced declarations.

See Civil L.R. 7-9.

Accordingly, defendants' Objection is hereby DENIED, without prejudice to defendants' filing a motion for leave to file a motion for reconsideration, to be presented to Magistrate Judge James.

In light of the above, defendants' Administrative Motion is hereby DENIED as moot.

**IT IS SO ORDERED**.

Dated: September 13, 2013

MAXINE M. CHESNEY
United States District Judge