IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 3:09-cv-5235-MMC (MEJ)<br><br>[PROPOSED] **ORDER GRANTING FAIRCHILD'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF DISCOVERY ORDER RE: FAIRCHILD'S MOTION TO AMEND INFRINGEMENT CONTENTIONS (Dkt. 230)** |

Having considered the papers and arguments related to Defendants Fairchild Semiconductor International, Inc.'s, Fairchild Semiconductor Corporation's, and System General Corporation's Motion for Leave to File a Motion for Reconsideration of Discovery Order Re: Fairchild's Motion to Amend Infringement Contentions (Dkt. 230), this Court finds good cause to and hereby GRANTS Defendants' Motion.  However, the Court shall not consider a motion and instead ORDERS the parties to meet and confer in person in compliance with the undersigned's Discovery Standing Order. As Defendants have shown that good cause likely exists to amend their infringement contentions, the parties shall confer in good faith and thereafter file a stipulation or, if unable to reach an agreement, a joint letter in compliance with the standing order.

1     **IT IS SO ORDERED.**

2   Dated: September 20, 2013

3

                                  Honorable Maria-Elena James
4                                   UNITED STATES MAGISTRATE JUDGE

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

[               - 2 -               [PROPOSED] ORDER
CASE NO. 3:09-cv-5235-MMC (MEJ)