Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

POWER INTEGRATIONS, INC.,

Plaintiff(s),

v.

FAIRCHILD SEMICONDUCTOR, ET

Defendant(s).

Case No: C 09-5235 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexander P. Ott, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Fairchild Semiconductor Int'l, Inc. et al. in the above-entitled action. My local co-counsel in this case is Terrence P. McMahon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| 500 North Capitol Street NW<br>Washington, DC 20005-3096 | 275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004 |
| MY TELEPHONE # OF RECORD:<br>(202) 756-8496 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 815-7400 |
| MY EMAIL ADDRESS OF RECORD:<br>aott@mwe.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tmcmahon@mwe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1003796.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: September 17, 2013

Alexander P. Ott
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Alexander P. Ott is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 25, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE