| | |
|---|---|
| Frank E. Scherkenbach (CA #142549; scherkenbach@fr.com) <br> FISH & RICHARDSON P.C. <br> One Marina Park Drive <br> Boston, MA 02110 <br> Telephone: (617) 542-5070 <br> Facsimile: (617) 542-8906 <br><br> Howard G. Pollack (#162897; pollack@fr.com) <br> Michael Headley (#220834; headley@fr.com) <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 <br><br> Attorneys for Plaintiff <br> POWER INTEGRATIONS, INC. | TERRENCE P. MCMAHON (SBN 71910) <br> tmcmahon@mwe.com <br> McDERMOTT WILL & EMERY LLP <br> 275 Middlefield Road, Suite 100 <br> Menlo Park, CA 94025-4004 <br> Telephone: (650) 815-7400 <br> Facsimile: (650) 815-7401 <br><br> BLAIR M. JACOBS (admitted *pro hac vice*) <br> bjacobs@mwe.com <br> CHRISTINA ONDRICK (admitted *pro hac vice*) <br> condrick@mwe.com <br> McDERMOTT WILL & EMERY LLP <br> 500 North Capitol Street NW <br> Washington, DC 20001 <br> Telephone: (202) 756-8000 <br> Facsimile: (202) 756-8087 <br><br> LEIGH J. MARTINSON (admitted *pro hac vice*) <br> lmartinson@mwe.com <br> McDERMOTT WILL & EMERY LLP <br> 28 State Street <br> Boston, MA 20109 <br> Telephone: (617) 535-4000 <br> Facsimile: (617) 535-3800 <br><br> Attorneys for Defendants <br> FAIRCHILD SEMICONDUCTOR INT'L, INC., FAIRCHILD SEMICONDUCTOR CORP., and SYSTEM GENERAL CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Case No. C 09-5235-MMC (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING THE DATE OF THE HEARING ON DISPOSITIVE / *DAUBERT* MOTIONS FOR NOVEMBER 8, 2013** |

Pursuant to the Court's scheduling order (Dkt. No. 224), the hearing date for the parties' dispositive and *Daubert* motions is currently set for November 1, 2013, or at the Court's convenience thereafter. Due to scheduling issues resulting in the unavailability of Fairchild's counsel, the parties stipulate and hereby seek the Court's approval to move the date of the dispositive / *Daubert* motion hearing to November 8, 2013. This scheduling change will not impact any other deadlines in this case.

Dated: September 27, 2013   FISH & RICHARDSON P.C.

By: */s/ Michael Headley*

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: September 27, 2013   MCDERMOTT, WILL & EMERY LLP

By:  */s/ Christina A. Ondrick*

Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION

//
//
//
//
//

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: September 27, 2013

MCDERMOTT, WILL & EMERY LLP

By:  */s/ Christina A. Ondrick*
    Christina A. Ondrick

Attorney for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 1, 2013

_____
United States District Court Judge

DM_US 45378873-1.060948.0021