1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
3  Menlo Park, CA  94025-4004
   Telephone:     (650) 815-7400
4  Facsimile:     (650) 815-7401

5  BLAIR M. JACOBS (admitted *pro hac vice*)
   bjacobs@mwe.com
6  CHRISTINA ONDRICK (admitted *pro hac vice*)
   condrick@mwe.com
7  MCDERMOTT WILL & EMERY LLP
   500 North Capitol Street Nw
8  Washington, DC 20001
   Telephone: (202) 756-8000
9  Facsimile: (202) 756-8087

10 LEIGH J. MARTINSON (admitted *pro hac vice*)
   lmartinson@mwe.com
11 MCDERMOTT WILL & EMERY LLP
   28 State Street
12 Boston, MA 20109
   Telephone: (617) 535-4000
13 Facsimile: (617) 535-3800

14 Attorneys for Defendants
   FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
   FAIRCHILD SEMICONDUCTOR CORPORATION, and
15 SYSTEM GENERAL CORPORATION

16              IN THE UNITED STATES DISTRICT COURT
17             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

18 POWER INTEGRATIONS, INC., a        | Case No. C 09-5235 MMC
   Delaware corporation,              |
19                                    | [PROPOSED] ORDER GRANTING
              Plaintiff,              | APPLICATION FOR ADMISSION OF
20                                    | ATTORNEY PRO HAC VICE
         v.                           | (CIVIL LOCAL RULE 11-3) ;
21                                    | DIRECTIONS TO COUNSEL
   FAIRCHILD SEMICONDUCTOR            |
22 INTERNATIONAL, INC., a Delaware    |
   Corporation, FAIRCHILD             |
23 SEMICONDUCTOR CORPORATION, a       |
   Delaware Corporation, and SYSTEM   |
24 GENERAL CORPORATION, a Taiwanese   |
   corporation,                       |
25                                    |
              Defendants.             |
26

27

28

Robert J. Walters, an active member in good standing of the bar of the District of Columbia whose business address and telephone numbers is McDermott Will & Emery LLP, 500 North Capitol Street, NW, Washington, DC 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute ~~in General order No. 45, *Electronic Case Filing*.~~ notice to the parties.

For any such future request, counsel are DIRECTED to use the Northern District's form Application and Order.

Dated:   October 3, 2013

*[signature: Maxine M. Chesney]*
U.S. District Judge Maxine M. Chesney

DM_US 45359054-1.060948.0021

(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice* — - 2 - — Case No. C 09-5235 MMC)