IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS'ADMINISTRATIVE MOTION TO FILE UNDER SEAL REDACTED PORTIONS OF EXHIBITS 1-2 AND 5-6TO THE DECLARATION OF CHRISTINA A. ONDRICK IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE THE TRIAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(B)** ;<br> DIRECTIONS TO DEFENDANTS |

Defendants request to file under seal the redacted portions of Exhibits 1-2 and 5-6 to the Declaration of Christina A. Ondrick in support of Defendants' Motion to Bifurcate the Trial Pursuant to Federal Rule of Civil Procedure 42(b). The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED** that Exhibits 1-2 and 5-6to the Declaration of Christina A. Ondrick in support of Defendants' Motion to Bifurcate the Trial Pursuant to Federal Rule of Civil Procedure 42(b) shall be filed under seal.

Specifically, defendants shall file, no later than October 7, 2013: (1) unredacted

[PROPOSED] ORDER                                                                                            Case No. C 09-5235-MMC (MEJ)

versions of Exhibits 1-2 and 5-6 to the above-referenced declaration under seal, and

(2) redacted versions of said exhibits in the public record.

**IT IS SO ORDERED.**

Dated:   October 2, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE