1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>                    Defendants. | Case No. 09-cv-05235- MMC<br><br>[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

    Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on October 18, 2013, pursuant to Civil Local Rule 79-5 seeking permission to file under seal portions of its Reply Brief in Support of its Motion to Exclude Testimony of James Malackowski and Exhibit 7 to the Declaration of Michael R. Headley in Support of the Reply.

    Good cause having been shown, the Court hereby GRANTS Power Integrations' Request to file under seal the following documents:

- Power Integrations' Reply Brief in Support of its Motion to Exclude Testimony of James Malackowski;

- Exhibit 7 to the Declaration of Michael R. Headley in Support of Power Integrations' Reply Brief in Support of its Motion to Exclude Testimony of James Malackowski.

IT IS SO ORDERED.

Dated: __October 29____, 2013

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

50925754.doc