IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Fairchild requests to file under seal the redacted portions of Fairchild's Reply in Support of Its Motion to Strike Portions of Dr. Kelley's Infringement Report Containing New Infringement Contentions.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED** that the redacted portions of Fairchild's Reply in Support of Its Motion to Strike Portions of Dr. Kelley's Infringement Report Containing New Infringement

[PROPOSED] ORDER                                                              Case No. C 09-5235-MMC (MEJ)

1 | Contentions shall be sealed.

2 | **IT IS SO ORDERED.**

3

4 | Dated:   October 29, 2013

    _____
    HONORABLE MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

15 | DM_US 45935324-1.060948.0021