IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FAIRCHILD'S REPLY TO POWER INTEGRATIONS' OPPOSITION TO FAIRCHILD'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF JONATHAN D. PUTNAM |

Fairchild requests to file under seal:

- The redacted portions of *Fairchild's Reply to Power Integrations' Opposition to Fairchild's Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam*.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED** that the documents and redactions enumerate above shall be sealed.

**IT IS SO ORDERED.**

Dated:    October 29, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DM_US 45935345-1.060948.0021

[PROPOSED] ORDER                                                                                                   Case No. C 09-5235-MMC (MEJ)