UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendant. | Case No. 09-cv-05235- MMC<br><br>**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on September 27, 2013, pursuant to Civil Local Rule 79-5, General Order No. 62, and the Court's Civil Standing Order Regarding Motions to File Under Seal, for permission to file under seal portions of its Motion to Exclude Testimony of James Malackowski ("Motion to Exclude"), and the entirety of Exhibits 1, 4, and 6 to the Declaration of Michael R. Headley in Support of Power Integrations Motion to Exclude ("Headley Decl.").

Good cause having been shown, the Court hereby GRANTS Power Integrations' Request to file under seal the following documents:

1  • Power Integrations' Motion to Exclude Testimony of James Malackowski

2  • Exhibits 1, 4, and 6 to the Declaration of Michael R. Headley in Support of Power

3  Integrations' Motion to Exclude Testimony of James Malackowski

4  Plaintiff shall file the above-referenced documents under seal no later than November 4,

5  2013.

7  IT IS SO ORDERED.

8  Dated: __October 31____, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

2   [PROPOSED] ORDER GRANTING POWER INTEGRATIONS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 09-cv-05235- MMC