IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXPEDITE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR DE NOVO REVIEW; SETTING NOVEMBER 15, 2013 HEARING ON MOTION FOR DE NOVO REVIEW; CONTINUING TO NOVEMBER 15, 2013 HEARING ON PARTIES' PENDING SUMMARY JUDGMENT AND DAUBERT MOTIONS** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. / | |

   Before the Court is defendants' "Administrative Motion to Expedite the Briefing Schedule and Hearing Date for its Renewed Motion for De Novo Review," filed October 22, 2013, and plaintiff's response thereto.  Having read and considered the papers filed in support of and in response to defendants' administrative motion, the Court finds it appropriate to hear defendants' Motion for De Novo Review at the same time as the Court hears the parties' respective summary judgment and Daubert motions, and, accordingly, GRANTS in part defendants' administrative motion as follows: (1) no later than November 4, 2013, plaintiff shall file its opposition to defendants' Motion for De Novo Review, see Civil L.R. 7-3(a); and (2) no later than November 6, 2013, defendants shall file any reply thereto.

   Further, to allow the Court sufficient time to review all said matters, the hearing on defendants' Motion for De Novo Review is hereby SCHEDULED for November 15, 2013,

and the hearing on the parties' respective summary judgment and Daubert motions is hereby CONTINUED to November 15, 2013.

**IT IS SO ORDERED.**

Dated: November 1, 2013

_____
MAXINE M. CHESNEY
United States District Judge