UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendant. | Case No. 09-cv-05235 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ; DIRECTIONS TO DEFENDANTS; DIRECTIONS TO CLERK |

Defendants have requested permission to file under seal:

- The redacted portions of their Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof;

- The redacted portions of their Motion to Strike Portions of Dr. Kelley's Infringement Report Containing New Infringement Positions;

- Exhibits 4-8 and 18 to the Declaration of Christina A. Ondrick;

- The redacted portions of their Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam; and

- Exhibits A-E to the Declaration of Jeremiah A. Armstrong in Support of Fairchild's Motion to Exclude.

The Court, having considered Defendants' request and the papers submitted in support of this request, including the supporting declaration from Plaintiff's counsel, finds good cause to maintain the confidentiality of these materials and hereby GRANTS Defendants' Motion (Dkt. No. 247).

**IT IS HEREBY ORDERED** that the following shall be filed under seal:

- The redacted portions of Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof;
- The redacted portions of Defendants' Motion to Strike Portions of Dr. Kelley's Infringement Report Containing New Infringement Positions;
- Exhibits 4-8 and 18 to the Declaration of Christina A. Ondrick;
- The redacted portions of Defendants' Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam; and
- Exhibits A-E to the Declaration of Jeremiah A. Armstrong in Support of Defendants' Motion to Exclude.

Defendants shall file the above-referenced documents under seal no later than November 8, 2013.

Additionally, as Defendants have filed the Declaration of Christina Ondrick under seal but, in their motion to file under seal, have not requested said document be sealed, the Clerk is hereby DIRECTED to unseal the Declaration of Christina Ondrick (Dkt. No. 247-1).

**IT IS SO ORDERED.**

Dated: __November 4, 2013___   _____
Honorable Maxine Chesney
UNITED STATES DISTRICT COURT