IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**IN PART**<br>**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL; DIRECTIONS TO PLAINTIFF** |

In response to Plaintiff's motions filed October 11, 2013 (Dkt. Nos. 275, 276, 278), Defendants Fairchild requests the following documents be placed under seal:

- The redacted portions of Power Integrations' Opposition to Fairchild's Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam ;

- Exhibits 1 and 5 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam;

- The redacted portions of Power Integrations' Opposition to Fairchild's Motion to Strike Portions of Dr. Kelley's Infringement Report;

[PROPOSED] ORDER                                            Case No. C 09-5235-MMC (MEJ)

- Exhibits 1, 2, 3, 5, 6, 11, and 14 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Motion to Strike Portions of Dr. Kelley's Infringement Report;
- The redacted portions of Power Integrations' Opposition to Defendants' Motion for Summary Judgment; and
- Exhibits 1, 5, 6, 7, 8, and 10 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Motion for Summary Judgment.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS Defendants' ~~Motion.~~ request to the extent it pertains to the above-referenced material. To the extent plaintiff seeks to file under seal Exhibit 4 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Motion to Strike and Exhibits 2, 3, 9, 15, and 17 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Motion for Summary Judgment, Plaintiff's administrative motions are hereby DENIED, for the reason that Defendants do not contend the material is sealable, and, accordingly, Plaintiff is hereby DIRECTED to file said documents in the public record no later than November 8, 2013.

~~**IT IS HEREBY ORDERED** that the documents and redactions enumerated above shall be sealed.~~

**IT IS SO ORDERED.**

Dated:   November 4, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE