UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendant. | Case No. 09-cv-05235 MMC<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' OCTOBER 11, 2013 ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO DEFENDANTS** |

The Court, having considered Defendants' request and the papers submitted in support of this request, including the supporting declaration from Plaintiff's counsel, finds good cause to maintain the confidentiality of these materials and hereby GRANTS Defendants' Motion (Dkt. No. 281) in part and DENIES it in part, as follows:

**IT IS HEREBY ORDERED** that the following shall be filed under seal:

- The redacted portions of Fairchild's Opposition to Power Integrations' Motion for Summary Judgment;

- Exhibits 10-13, 17-19, 21-22, 27, 31, and 35 to the Declaration of Christina A. Ondrick in Support of Fairchild's Opposition to Plaintiff Power Integrations' Motion for Summary Judgment and Fairchild's Opposition to Power Integrations' Motion to Exclude Testimony of Dr. Gu-Yeon Wei and Dr. Jonathan Wood ("Ondrick Declaration");

- The redacted portions of the Declaration of Jonathan R. Wood in Support of Fairchild's Opposition to Plaintiff Power Integrations' Motion for Summary Judgment Regarding U.S. Patent Nos. 5,757,977 and 8,179,700 ("Wood Summary Judgment Declaration").

- The redacted portions of Fairchild's Opposition to Plaintiff Power Integrations' Motion to Exclude Testimony of James Malackowski;

- Exhibits A-E to the Declaration of Jeremy Armstrong in Support of Fairchild's Opposition to Plaintiff Power Integrations' Motion to Exclude Testimony of James Malackowski.

* Exhibits 5-6 to the Declaration of Eddie Chueh in Support of Fairchild's Opposition to Power Integrations' Motion to Exclude Testimony of Dr. Gu-Yeon Wei and Dr. Jonathan Wood.

Defendants are hereby DIRECTED to file in the public record, no later than November 8, 2013, the Declaration of Jonathan R. Wood in Support of Fairchild's Opposition to Power Integrations' Motion to Exclude Testimony of Dr. Gu-Yeon Wei and Dr. Jonathan Wood, and Exhibits 1-4, 15-16, 26, 30, and 33 to the Declaration of Christina A. Ondrick, for the reason Plaintiff does not contend said documents are sealable.

**IT IS SO ORDERED.**

Dated: __November 4, 2013__

_Maxine M. Chesney_
Honorable Maxine Chesney
UNITED STATES DISTRICT COURT

50925413.doc

2

[PROPOSED] ORDER
Case No. 09-cv-05235 MMC