IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED]** ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Fairchild requests to file under seal the redacted portions of Fairchild's Reply Brief in Further Support of Its Motion for Summary Judgment.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED** that the redacted portions of Fairchild's Reply Brief in

[PROPOSED] ORDER                                                                 Case No. C 09-5235-MMC (MEJ)

1  Further Support of Its Motion for Summary Judgment shall be sealed.

2  **IT IS SO ORDERED.**

3

4  Dated:   November 4, 2013

   _____
   HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

15  DM_US 45935338-1.060948.0021

[PROPOSED] ORDER — - 2 - —  Case No. C 09-5235-MMC (MEJ)