UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC<br><br>[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' MOTION TO CHANGE TIME FOR HEARING ON DISPOSITIVE AND DAUBERT MOTIONS AND FAIRCHILD'S MOTION FOR ~~RECONSDIERATION~~ RECONSIDERATION |

Before the Court is an Administrative Motion filed by Plaintiff Power Integrations, Inc. seeking to change the hearing date on Dispositive and *Daubert* Motions and Fairchild's Motion for Reconsideration. Good cause having been shown, the Court hereby GRANTS Power Integrations' motion and reschedules the hearing from November 15, 2013 to November 21, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: \_November 6\_\_\_\_, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Order Granting Power Integrations' Mot to Change Time for Hrg on
Dispositive and Daubert Mot and Fairchild's Reconsideration Mot
Case No. 09-cv-05235- MMC