IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **ORDER DENYING FAIRCHILD'S MOTION FOR DE NOVO REVIEW OF MAGISTRATE JUDGE'S ORDERS** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. | |

Before the Court is the motion of defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively, "Fairchild"), filed October 21, 2013, for de novo review of Magistrate Judge Maria-Elena James's (1) order denying Fairchild's motion to amend infringement contentions and (2) order denying Fairchild's motion for reconsideration of said denial.  Power Integrations, Inc. ("Power Integrations") has filed opposition, to which Fairchild has replied.  The matter came on regularly for hearing on November 21, 2013.  Frank E. Scherkenbach, Howard G. Pollack, and Michael R. Headley of Fish & Richardson P.C. appeared on behalf of Power Integrations.  Blair M. Jacobs, Christina A. Ondrick, Terrence P. McMahon, and Leigh J. Martinson of McDermott Will & Emery LLP appeared on behalf of Fairchild.

For the reasons discussed on the record at the hearing, the Court finds the magistrate judge's orders are non-dispositive.  Although the challenged rulings may make it

more difficult for Fairchild to prove infringement, Fairchild is not, "as a matter of law," precluded from doing so. See <u>Shared Memory Graphics, LLC v. Apple Inc.</u>, 2011 WL 5320749 at *2-3 (N.D. Cal. Nov. 2, 2011) (distinguishing dispositive from non-dispositive orders; collecting cases); <u>see, e.g.</u>, <u>Jesselson v. Outlet Assocs. of Williamsburg Ltd. P'ship</u>, 784 F. Supp. 1223, 1228 (E.D. Va. 1991) (holding magistrate judge's order excluding certain documentary evidence and related testimony non-dispositive; noting order "only appear[ed] dispositive because [p]laintiffs [did] not have any additional admissible evidence to present").

      The Court further finds, for the reasons discussed on the record, the magistrate judge's orders are neither "clearly erroneous" nor "contrary to law." <u>See</u> Fed. R. Civ. P. 72(a) (setting forth standard of review for non-dispositive orders).

      Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 26, 2013

                                              MAXINE M. CHESNEY
                                              United States District Judge