IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

    Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,

    Defendants.

No. C-09-5235 MMC

**ORDER DENYING POWER INTEGRATIONS' MOTION TO EXCLUDE TESTIMONY OF DR. GU-YEON WEI AND DR. JONATHAN WOOD**

Before the Court is Power Integrations' Motion to Exclude Testimony of Dr. Gu-Yeon Wei and Dr. Jonathan Wood, filed September 27, 2013. Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively, "Fairchild") have filed opposition, to which Power Integrations has replied. The matter came on regularly for hearing on November 21, 2013. Frank E. Scherkenbach, Howard G. Pollack, and Michael R. Headley of Fish & Richardson P.C. appeared on behalf of Power Integrations. Blair M. Jacobs, Christina A. Ondrick, Terrence P. McMahon, and Leigh J. Martinson of McDermott Will & Emery LLP appeared on behalf of Fairchild.

**1.    Dr. Wei**

For the reasons discussed on the record at the hearing, the Court finds Dr. Wei may offer the opinions challenged by the instant motion only if a foundation for the tests on

which he relies is laid by one or more of the individuals who conducted the testing. The Court further finds, for the reasons discussed at the hearing, that although Fairchild should have disclosed the testing and said individuals' participation therein at the time Fairchild first became aware of such information, see Fed. R. Civ. P. 26(a)(1), 26(e), Power Integrations has known of Dr. Wei's reliance thereon since August 22, 2013, the date on which Power Integrations was served with Dr. Wei's report, and will not be prejudiced by the delayed disclosure if afforded the opportunity to depose the individuals who conducted the testing, see Fed. R. Civ. P. 37(c)(1).

Accordingly, the motion to exclude the opinions of Dr. Wei is hereby DENIED, on the condition that Fairchild make the above-referenced individuals, specifically Wei-Hsuan Huang and Eddie Chueh, available for deposition at a reasonable time and place, either in the United States or in Taiwan, at Power Integrations' election.

**2.    Dr. Wood**

For the reasons discussed on the record at the hearing, the Court finds Fairchild has made a sufficient showing as to the "relevance and reliability" of the challenged opinions offered by Dr. Wood. See Barabin v. AstenJohnson, Inc., 700 F.3d 428, 431 (9th Cir. 2012); see also Daubert v. Merrell Dow Pharmaceuticals, Inc., 43 F.3d 1311, 1315-16 (9th Cir. 1995) (requiring district court to determine whether expert's testimony "amounts to 'scientific knowledge,' constitutes 'good science,' and was 'derived by the scientific method,'" as well as whether it is "'relevant to the task at hand'") (quoting Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 590, 593, 597 (1993)).

Accordingly, the motion to exclude the opinions of Dr. Wood is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 26, 2013

MAXINE M. CHESNEY
United States District Judge