IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br><br>**[PROPOSED]** **ORDER GRANTING WITHDRAWAL OF ROSE S. WHELAN AS ATTORNEY OF RECORD** |

The Court, having considered the request of counsel for Defendants Fairchild Semiconductor, Inc., Fairchild Semiconductor Corporation, and System General Corporation to remove Rose S. Whelan as counsel of record hereby GRANTS this request.

**IT IS HEREBY ORDERED** that Rose S. Whelan shall be removed as counsel of record for Defendants and that the clerk of this Court shall remove Rose S. Whelan from the ECF Service List.

**IT IS SO ORDERED.**

Dated:    January 2, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE