| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549) <br> scherkenbach@fr.com <br> FISH & RICHARDSON P.C. <br> One Marina Park Drive <br> Boston, MA 02110-2804 <br> Telephone: (617) 542-5070 <br> Facsimile:  (617) 542-8906 <br><br> Howard G. Pollack (SBN 162897) <br> pollack@fr.com <br> Michael R. Headley (SBN 220834) <br> headley@fr.com <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA  94063 <br> Telephone: (650) 839-5070 <br> Facsimile:  (650) 839-5071 <br><br> Attorneys for Plaintiff <br> POWER INTEGRATIONS, INC. | Blair M. Jacobs (admitted *pro hac vice*) <br> bjacobs@mwe.com <br> Christina A. Ondrick (admitted *pro hac vice*) <br> condrick@mwe.com <br> McDERMOTT WILL & EMERY LLP <br> 500 North Capitol Street NW <br> Washington, DC 20001 <br> Telephone:  (202) 756-8000 <br> Facsimile:   (202) 756-8087 <br><br> Leigh Martinson (admitted *pro hac vice*) <br> lmartinson@mwe.com <br> McDERMOTT WILL & EMERY LLP <br> 28 State Street <br> Boston, MA 02109 <br> Telephone:  (617) 535-4000 <br> Facsimile:   (617) 535-3800 <br><br> Attorneys for Defendants FAIRCHILD <br> SEMICONDUCTOR INTERNATIONAL, INC., <br> FAIRCHILD SEMICONDUCTOR <br> CORPORATION, and SYSTEM GENERAL <br> CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Case No. 09-cv-05235-MMC (MEJ) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL DEADLINES** <br><br> Pretrial Conf. Date: January 28, 2014 <br> Time:   3:00 p.m. <br> Judge:  Maxine M. Chesney |

On January 8, 2014, the Court held a telephonic status conference with the parties regarding the upcoming trial scheduled to begin on February 10 in view of a potential scheduling conflict. The Court has set another telephonic status conference to be held on January 15, 2014, at 1:30 p.m.

In light of the information shared by the Court and the parties at the January 8 status conference and in order to conserve the Court's and the parties' resources, Plaintiff Power Integrations, Inc. and Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation have met and conferred and hereby stipulate and agree to a brief extension of the schedule for pre-trial filings, as set forth below:

- Deadline to file Joint Pre-Trial Statement:   January 15, 2014.

- Deadline to exchange one set of all proposed Exhibits and Exhibit List:  January 15, 2014.

- Deadline to file motions in limine: January 15, 2014, with any oppositions to be filed no later than January 22, 2014.

- Deadline to file Joint Set of Agreed Upon Instructions and Separate Instructions, if any: January 17, 2014.

- Deadline to file Voir Dire and Verdict Forms:  January 17, 2014.

These extensions will not otherwise impact the schedule in this case, including the January 28, 2014 Pre-Trial Conference with the Court.

| | | |
|---|---|---|
| 1 | Dated:  January 10, 2014 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ *Michael R. Headley* <br>      Michael R. Headley |
| 4 | | Attorneys for Plaintiff |
| 5 | | POWER INTEGRATIONS, INC. |
| 6 | Dated:  January 10, 2014 | MCDERMOTT, WILL & EMERY LLP |
| 7 | | |
| 8 | | By:   */s/ Jeremiah A. Armstrong* <br>       Jeremiah A. Armstrong |
| 9 | | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

| | | |
|---|---|---|
| Dated: January 10, 2014 | | MCDERMOTT, WILL & EMERY LLP |
| | | By:   */s/ Jeremiah A. Armstrong* <br>       Jeremiah A. Armstrong |
| | | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED.**

Dated: January 13, 2014         By: _[signature]_
                                    MAXINE M. CHESNEY
                                    United States District Judge

DM_US 49050864-3.060948.0021