1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>                Defendants. | Case No. 09-cv-05235- MMC<br><br>                      IN PART<br>**[PROPOSED] ORDER GRANTING**₍ **PLAINTIFF POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION *IN LIMINE* NOS. 1-2, 4-7, AND CERTAIN EXHIBITS IN SUPPORT THEREOF**; DIRECTIONS TO PLAINTIFF |
|---|---|

Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on January 15, 2014, pursuant to Civil Local Rule 79-5 for permission to file under seal portions of its Motions *in Limine* Nos. 1-2 and 4-7 and to file under seal in their entirety certain supporting exhibits to its Motions *in Limine* Nos. 1-2 and 5-7.

Good cause having been shown, the Court hereby GRANTS Power Integrations' request to file under seal the designated portions of the following documents:

- Plaintiff Power Integrations' Motion *in Limine* No. 1 to Preclude Testimony and Evidence Regarding Apple Inc. ("Motion *in Limine* No. 1");
- Plaintiff Power Integrations' Motion *in Limine* No. 2 to Preclude Any Testimony About Fairchild Products Allegedly Practicing the '977 Patent ("Motion *in Limine* No. 2");
- ~~Plaintiff Power Integrations' Motion *in Limine* No. 4 to Preclude Dr. Wei's Opinions and Testimony Relying on Testing by Fairchild Engineers Eddie Chueh and Wei-Hsuan Huang ("Motion *in Limine* No. 4");~~
- Plaintiff Power Integrations' Motion *in Limine* No. 5 to Preclude Testimony that the "Control Circuit" of the '908 Patent Claims Requires a Current Comparator ("Motion *in Limine* No. 5");
- Plaintiff Power Integrations' Motion *in Limine* No. 6 to Preclude Testimony Requiring Proof of Actual Operation of the Apparatus Claim of the '079 Patent to Establish Infringement ("Motion *in Limine* No. 6"); and
- ~~Plaintiff Power Integrations' Motion *in Limine* No. 7 to Preclude Testimony That the Claimed "Multi-Function Circuit" Limitation Can Be Met by a Circuit Performing Only a Single Function ("Motion *in Limine* No. 7").~~

Additionally, the Court hereby GRANTS Power Integrations' request to file under seal in their entirety the following documents:

- Exhibits A, B, and C to Power Integrations' Motion *in Limine* No. 1;
- Exhibits A, E, F, and G to Power Integrations' Motion *in Limine* No. 2;

- Exhibits A and B to Power Integrations' Motion *in Limine* No. 5;
- Exhibits A and C to Power Integrations' Motion *in Limine* No. 6; and
- ~~Exhibits A and B to Power Integrations' Motion *in Limine* No. 7.~~

Plaintiff is hereby DIRECTED to file in the public record, no later than February 3, 2014, the following documents, as the designating party no longer contends they are confidential:

- Plaintiff Power Integrations' Motion in Limine No. 4 to Preclude Dr. Wei's Opinions and Testimony Relying on Testing by Fairchild Engineers Eddie Chueh and Wei-Hsuan Huang ("Motion in Limine No. 4");
- Plaintiff Power Integrations' Motion in Limine No. 7 to Preclude Testimony That the Claimed "Multi-Function Circuit" Limitation Can Be Met by a Circuit Performing Only a Single Function ("Motion in Limine No. 7"); and
- Exhibits A and B to Power Integrations' Motion in Limine No. 7.

IT IS SO ORDERED.

Dated: January 29, 2014 ~~, 2013~~

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE