IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ; DIRECTIONS TO DEFENDANTS |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively "Fairchild") request to file under seal portions of Fairchild's Motion *in Limine* No. 5 to Exclude Power Integrations' Unsupported Claim for Reasonable Royalty Damages, and Evidence of Lost Profits and Price Erosion; and Exhibits 1-1, 2-5, 5-A, 5-B, 5-C, 6-1, and 8-C to the Declaration of Christina A. Ondrick in Support of Fairchild's Motions in Limine Nos. 1-6 and Administrative Motions Nos. 1-2.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of ~~these documents and hereby GRANTS Defendants' Motion.~~ the redacted portions of Fairchild's Motion in Limine No. 5 and the entirety of Exhibits 1-1, 2-5, 5-B, 5-C, 6-1, and 8-C to the Declaration of Christina A. Ondrick in Support of Fairchild's Motions in Limine Nos. 1-6 and Administrative Motions Nos. 1-2, and hereby GRANTS Defendants' Motion as to those documents.  With respect to Exhibit 5-A to the Declaration of Christina A. Ondrick, the motion is DENIED for the reason that the designating party no longer contends such material is confidential.

1    IT IS HEREBY ORDERED that the ~~documents and redactions enumerated above shall
2    be sealed.~~ redacted portions of Fairchild's Motion in Limine No. 5 and the entirety of Exhibits 1-1,
3    2-5, 5-B, 5-C, 6-1, and 8-C to the Declaration of Christina A. Ondrick in Support of Fairchild's
4    Motions in Limine Nos. 1-6 and Administrative Motions Nos. 1-2 shall remain filed under seal.
5    Defendants are hereby DIRECTED to file Exhibit 5-A in the public record no later than
6    February 3, 2014.
7    IT IS SO ORDERED.

8    Dated:  January 29, 2014                      _____
                                                   HONORABLE MAXINE M. CHESNEY
9                                                  UNITED STATES DISTRICT JUDGE