IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION, <br><br> Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ) <br><br> **[PROPOSED]** ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FAIRCHILD'S OPPOSITION TO POWER INTEGRATIONS' MOTION *IN LIMINE* NO. 5 |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively "Fairchild") request to file under seal portions of Fairchild's Opposition to Power Integrations' Motion *in Limine* No. 5; and Exhibits A-C to the Declaration of Christina A. Ondrick in Support of Fairchild's Opposition to Power Integrations' Motions *in Limine* No. 5.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS the Motion.

**IT IS HEREBY ORDERED** that the documents and redactions enumerated above shall ~~be~~ remain sealed.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DM_US 49186201-1.060948.0021

[PROPOSED] ORDER GRANTING
FAIRCHILD'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NO. C 09-5235-MMC