IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION, <br><br> Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ) <br><br> [PROPOSED] ORDER GRANTING IN PART FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FAIRCHILD'S OPPOSITION TO POWER INTEGRATIONS' MOTION *IN LIMINE* NO. 4; DIRECTIONS TO DEFENDANTS |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively "Fairchild") request to file under seal portions of Fairchild's Opposition to Power Integrations' Motion *in Limine* No. 4; and Exhibits A, B, D, and E to the Declaration of Blair M. Jacobs in Support of Fairchild's Opposition to Power Integrations' Motions *in Limine* No. 4.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of ~~these documents and hereby GRANTS the Motion.~~ the redacted portions of Fairchild's Opposition to Power Integrations' Motion in Limine No. 4 and the entirety of Exhibits A, B, and D to the Declaration of Blair M. Jacobs in Support of Fairchild's Opposition to Power Integrations' Motions in Limine No. 4, and hereby GRANTS Defendants' Motion as to those documents. With respect to Exhibit E to the Declaration of Blair M. Jacobs, the motion is DENIED for the reason that the designating party no longer contends such material is confidential.

DM_US 49186941-1.060948.0021

[PROPOSED] ORDER GRANTING
FAIRCHILD'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NO. C 09-5235-MMC

IT IS HEREBY ORDERED that the ~~documents and redactions enumerated above shall be sealed.~~ redacted portions of Fairchild's Opposition to Power Integrations' Motion in Limine No. 4 and the entirety of Exhibits A, B, and D to the Declaration of Blair M. Jacobs in Support of Fairchild's Opposition to Power Integrations' Motions in Limine No. 4 shall remain filed under seal.  Defendants are hereby DIRECTED to file Exhibit E in the public record no later than February 3, 2014.

IT IS SO ORDERED.

Dated:   January 29, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
FAIRCHILD'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NO. C 09-5235-MMC