UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC<br><br>IN PART<br>**[PROPOSED] ORDER GRANTING**<sub>^</sub> **PLAINTIFF POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** ; DIRECTIONS TO PLAINTIFF |

Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on January 22, 2014, pursuant to Civil Local Rule 79-5 for permission to file under seal portions of its Oppositions to Motion *in Limine* Nos. 1, 2 and 4 and to file under seal in their entirety certain supporting exhibits to its Oppositions to Motion *in Limine* Nos. 1-4.

Good cause having been shown, the Court hereby GRANTS Power Integrations' request to file under seal the designated portions of the following documents:

- ~~Plaintiff Power Integrations' Opposition to Defendants' Motion *in Limine* No. 1;~~
- Plaintiff Power Integrations' Opposition to Defendants' Motion *in Limine* No. 2;
- Plaintiff Power Integrations' Opposition to Defendants' Motion in Limine No. 3; and

- Plaintiff Power Integrations' Opposition to Defendants' Motion *in Limine* No. 4.

Additionally, the Court hereby GRANTS Power Integrations' request to file under seal in their entirety the following documents:

- Exhibit F to Power Integrations' Opposition to Defendants' Motion *in Limine* No. 1;
- Exhibits A, C, and D to Power Integrations' Opposition to Defendants' Motion *in Limine* No. 2;
- Exhibit A to Power Integrations' Opposition to Defendants' Motion *in Limine* No. 3; and
- Exhibits A, B, D, E, and F to Power Integrations' Opposition to Defendants' Motion *in Limine* No. 4.

Plaintiff is hereby DIRECTED to file in the public record, no later than February 3, 2014, an unredacted version of its Opposition to Defendants' Motion in Limine No. 1, as the designating party no longer contends it is confidential.

IT IS SO ORDERED.

Dated: January 29, 2014 ~~, 2013~~

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE