IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. 09-5235 MMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S JANUARY 21, 2014 MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFF** |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendant. | |

Before the Court is plaintiff's Administrative Motion to File Under Seal, filed January 21, 2014, wherein plaintiff seeks leave to file under seal portions of its Opposition to Defendants' Administrative Motion No. 2 Seeking Evidentiary Hearing on Damages Prior to Trial and the entirety of Exhibit A to the Declaration of Enrique D. Duarte, containing excerpts from the Rebuttal Expert Report of James E. Malackowski filed in support of said motion, both of which, plaintiff states, disclose material defendants designated as confidential. Having read and considered the administrative request, the Court rules as follows.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the

Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." Id. at 79-5(e)(2).

Here, the designating party has not filed a responsive declaration within the requisite time.

Accordingly, plaintiff's motion to file under seal is hereby DENIED, and plaintiff is hereby DIRECTED to file in the public record, no later than February 14, 2014, an unredacted version of its Opposition to Defendants' Administrative Motion No. 2 Seeking Evidentiary Hearing on Damages Prior to Trial as well as Exhibit A to the Declaration of Enrique D. Duarte in Support of Power Integrations' Opposition to Defendants' Administrative Motion No. 2.

**IT IS SO ORDERED.**

Dated: February 4, 2014

MAXINE M. CHESNEY
United States District Judge