1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         (SAN FRANCISCO DIVISION)

11  POWER INTEGRATIONS, INC., | Case No. 09-cv-05235- MMC
    a Delaware corporation,
12
                Plaintiff, | **[PROPOSED]** **ORDER GRANTING**
13                         | **PLAINTIFF POWER INTEGRATIONS'**
        v.                 | **ADMINISTRATIVE MOTION TO FILE**
14                         | **UNDER SEAL**
    FAIRCHILD SEMICONDUCTOR
15  INTERNATIONAL, INC., a Delaware
    corporation, FAIRCHILD SEMICONDUCTOR
16  CORPORATION, a Delaware corporation, and
    SYSTEM GENERAL CORPORATION, a
17  Taiwanese corporation,

18              Defendants.

19

20      Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative

21  Relief with this Court on January 28, 2014, pursuant to Civil Local Rule 79-5 for permission to file

22  under seal portions of its Renewed Motion to Exclude Testimony of Dr. Gu-Yeon Wei ("Renewed

23  Motion") and to file under seal in their entirety Exhibits 22-32 to the Headley Declaration in

24  Support of Power Integrations' Renewed Motion.

25      Good cause having been shown, the Court hereby GRANTS Power Integrations' request to

26  file under seal the designated portions of the following document:

27      • Plaintiff Power Integrations' Renewed Motion to Exclude Testimony of Dr. Gu-

28        Yeon Wei.

Additionally, the Court hereby GRANTS Power Integrations' request to file under seal in their entirety the following documents:

- Exhibits 22-32 to the Headley Declaration in Support of Power Integrations' Renewed Motion.

**IT IS SO ORDERED.**

Dated:  February 4        , 2014

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

50936368.doc