UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC<br><br>IN PART<br>**[PROPOSED] ORDER GRANTING**^ **PLAINTIFF POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**; DIRECTIONS TO PLAINTIFF |

Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on January 28, 2014, pursuant to Civil Local Rule 79-5 for permission to file under seal portions of its Motion to Strike Fairchild's Supplemental Expert Reports Served on the Eve of Trial ("Motion to Strike") and to file under seal in their entirety Exhibits 1-5 to the Duarte Declaration in Support of Power Integrations' Motion to Strike.

~~Good cause having been shown, the Court hereby GRANTS Power Integrations' request to file under seal the designated portions of the following document:~~

- ~~Plaintiff Power Integrations' Motion to Strike Fairchild's Supplemental Expert Reports Served on the Eve of Trial.~~

Good cause having been shown, ~~Additionally,~~ the Court hereby GRANTS Power Integrations' request to file under seal in their entirety the following documents:

- Exhibit~~s~~ 1 ~~-5~~ to the Duarte Declaration in Support of Power Integrations' Motion to Strike.
- Exhibit 2 to the Duarte Declaration in Support of Power Integrations' Motion to Strike.
- Exhibit 3 to the Duarte Declaration in Support of Power Integrations' Motion to Strike.

Plaintiff is hereby DIRECTED to file in the public record, no later than February 7, 2014, the following documents, as the designating party no longer contends they are confidential:

- Plaintiff Power Integrations' Motion to Strike Fairchild's Supplemental Expert Reports Served on the Eve of Trial.
- Exhibit 4 to the Duarte Declaration in Support of Power Integrations' Motion to Strike.
- Exhibit 5 to the Duarte Declaration in Support of Power Integrations' Motion to Strike.

**IT IS SO ORDERED.**

Dated:   February 4   , 2014

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

50936496.doc

2   [PROPOSED] ORDER GRANTING POWER INTEGRATIONS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 09-cv-05235- MMC