| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael R. Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | Blair M. Jacobs (admitted *pro hac vice*)<br>bjacobs@mwe.com<br>Christina A. Ondrick (admitted *pro hac vice*)<br>condrick@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>Telephone: (202) 756-8000<br>Facsimile: (202) 756-8087<br><br>Leigh Martinson (admitted *pro hac vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone: (617) 535-4000<br>Facsimile: (617) 535-3800<br><br>Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR TRIAL PURSUANT TO GENERAL ORDER NO. 58**<br><br>TRIAL DATE: February 10, 2014<br>TIME:          9:00 a.m.<br>JUDGE:       Honorable Maxine M. Chesney |

WHEREAS, on February 10, 2014, at 9:00 a.m., the Court is scheduled to begin trial.

WHEREAS, the parties intend to use projectors, related projection equipment, laptop computers, and printers to present their case at trial.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting projectors, related projection equipment, laptop computers, and printers to be brought into the Courtroom to be used by the parties in presenting their case at trial.

**IT IS SO STIPULATED**.

Dated: February 4, 2014					FISH & RICHARDSON P.C.

							By: /s/ Michael R. Headley
							     Michael R. Headley

							Attorneys for Plaintiff
							POWER INTEGRATIONS, INC.

Dated: February 4, 2014					McDERMOTT WILL & EMERY LLP

							By: /s/ Christina A. Ondrick
							     Christina A. Ondrick

							Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated: February 4, 2014					FISH & RICHARDSON P.C.

							By: /s/ Michael R. Headley
							     Michael R. Headley

							Attorneys for Plaintiff
							POWER INTEGRATIONS, INC.

/ / /

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, laptop computers, and printers may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, starting on Thursday, February 6, 2014 and running through February 28, 2014 for the express purpose of presenting and capturing the parties' trial presentations.

The parties are DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

**IT IS SO ORDERED.**

Dated:   February 4,        2014

*[signature]*
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

50937110.doc