IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese Corporation,<br><br>Defendants. | CNo. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED]** ORDER RE ENTRY OF ELECTRONIC PHYSICAL ITEMS INTO THE COURT FOR TRIAL PURSUANT TO GENERAL ORDER NO. 58 |

WHEREAS, General Order No. 58 (Regulating Possession and Use of Electronic Devices in the Courthouse) requires that, subject to certain exceptions, counsel who wish to use electronic devices during and in connection with judicial proceedings secure advance permission from the presiding judge;

WHEREAS, on February 10, 2014, at 8:30 a.m., the Court is scheduled to begin trial in the above-captioned matter;

WHEREAS, Defendants/Counter-plaintiffs Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corp., and System General Corp. (collectively "Fairchild") intend to

1  present an in-court demonstration using the following electronic physical items which are
2  electronic devices that can be used for receiving, creating, capturing, storing, or retrieving signals:
3  - LeCroy oscilloscope
4  - Chroma electronic load
5  - EXTECH AC power source
6  - Tektronix function generator
7  - ABM DC power supply
8  - SG6841 on a PS06012-03 demonstration board
9  - FAN103 on a FEB315-001 evaluation board
10 - SG5841 on a PS06012-04 demonstration board
11 - SG5841J on a PS06012-04 demonstration board

12  WHEREAS, the above-referenced items have been identified on the parties' Joint Exhibit
13 List and made available for inspection by plaintiff/counter-defendant Power Integrations, Inc. this
14 week; and

15  WHEREAS, Fairchild respectfully requests that the Court issue an order permitting the
16 above-listed electronic physical items to be brought into the Courtroom to be used in presenting
17 an in-court demonstration;

18  Having considered the above and finding good cause therefore, IT IS HEREBY
19 ORDERED as follows:

20  The electronic physical items listed below may be brought into Courtroom 7, 19th Floor,
21 of the Courthouse of the United States District Court for the Northern District of California, San
22 Francisco Division, during the period starting on Thursday, February 6, 2014 and running through
23 February 28, 2014 to be used by Fairchild for the purposes of presenting an in-court
24 demonstration.

25  - LeCroy oscilloscope
26  - Chroma electronic load
27  - EXTECH AC power source
28  - Tektronix function generator

- ABM DC power supply
- SG6841 on a PS06012-03 demonstration board
- FAN103 on a FEB315-001 evaluation board
- SG5841 on a PS06012-04 demonstration board
- SG5841J on a PS06012-04 demonstration board

**IT IS SO ORDERED.**

Dated: February _6_, 2014



_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE