BLAIR M. JACOBS (admitted *pro hac vice*)
bjacobs@mwe.com
CHRISTINA ONDRICK (admitted *pro hac vice*)
condrick@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street Nw
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

LEIGH J. MARTINSON (admitted *pro hac vice*)
lmartinson@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 20109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

JEREMIAH ARMSTRONG (SBN 253705)
jarmstrong@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
SYSTEM GENERAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

Artem N. Sokolov, an active member in good standing of the bar of the District of Columbia whose business address and telephone numbers is McDermott Will & Emery LLP, 500 North Capitol Street, NW, Washington, DC 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute in General order No. 45, *Electronic Case Filing*.

Dated:   February 7, 2014

_____
U.S. District Judge Maxine M. Chesney

DM_US 49502956-1.060948.0021

(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*   - 2 -   Case No. C 09-5235 MMC)