Blair M. Jacobs (admitted *pro hac vice*)
bjacobs@mwe.com
Christina A. Ondrick (admitted *pro hac vice*)
condrick@mwe.com
Robert J. Walters (admitted *pro hac vice*)
rwalters@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Leigh Martinson (admitted *pro hac vice*)
lmartinson@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

Jeremiah A. Armstrong (SBN 253705)
jarmstrong@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION,
and SYSTEM GENERAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese Corporation,<br><br>                    Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**DEFENDANTS REQUEST FOR AND [PROPOSED] ORDER GRANTING PERMISSION TO USE LOADING DOCK** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1

## REQUEST FOR PERMISSION TO USE LOADING DOCK

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor

Corporation, and System General Corporation (collectively, Fairchild) respectfully request

permission to use the Courthouse loading dock for the duration of trial.  The use of the loading

dock will facilitate the transfer of trial related materials, including exhibit boxes and test

equipment (*see* Dkt. No. 463 permitting entry to certain electronic items) into and out of the

courthouse.

Dated:  February 7, 2014

McDERMOTT WILL & EMERY LLP

By: /s/ *Christina Ondrick*
Christina A. Ondrick

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL,
INC.,  FAIRCHILD SEMICONDUCTOR
CORPORATION, and SYSTEM GENERAL
CORPORATION

## [PROPOSED] ORDER

Having considered Defendants' request for permission to use the Courthouse loading dock

for the duration of trial, and for good cause appearing, permission to use the loading dock is

**GRANTED**.

**IT IS SO ORDERED.**

Dated:  February 7 , 2014

HONORABLE MAXINE M. CHESNEY
United States District Judge