1  BLAIR M. JACOBS (admitted *pro hac vice*)
   bjacobs@mwe.com
2  CHRISTINA ONDRICK (admitted *pro hac vice*)
   condrick@mwe.com
3  MCDERMOTT WILL & EMERY LLP
   500 North Capitol Street Nw
4  Washington, DC 20001
   Telephone: (202) 756-8000
5  Facsimile: (202) 756-8087

6  LEIGH J. MARTINSON (admitted *pro hac vice*)
   lmartinson@mwe.com
7  MCDERMOTT WILL & EMERY LLP
   28 State Street
8  Boston, MA 20109
   Telephone: (617) 535-4000
9  Facsimile: (617) 535-3800

10 JEREMIAH ARMSTRONG (SBN 253705)
   jarmstrong@mwe.com
11 McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
12 Menlo Park, CA 94025-4004
   Telephone: (650) 815-7400
13 Facsimile: (650) 815-7401

14 Attorneys for Defendants
   FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
15 FAIRCHILD SEMICONDUCTOR CORPORATION, and
   SYSTEM GENERAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. C 09-5235 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

1    Patrick Stafford, an active member in good standing of the bar of the District of Columbia
2    whose business address and telephone numbers is McDermott Will & Emery LLP, 500 North
3    Capitol Street, NW, Washington, DC 20001, (202) 756-8000, having applied in the above-entitled
4    action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5    representing Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation,
6    and System General Corporation.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9    *vice*. Service of papers upon and communication with co-counsel designated in the application
10   will constitute in General order No. 45, *Electronic Case Filing*.

12   Dated:   February 10, 2014          _____
             U.S. District Judge Maxine M. Chesney

14   DM_US 49543227-1.060948.0021

(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*    - 2 -    Case No. C 09-5235 MMC)