CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:   February 10, 2014

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:**   Belle Ball

Case No. **C-09-5235 MMC**          Case Name: Power Integrations vs Fairchild Semiconductor

Trial Began: **February 10, 2014**          Trial Ended: _____

**Trial Motions Heard**:                                              **Disposition**

1. _____

2. _____

3. _____

Other:

 Opening statements made by plaintiff and defense.   Patent video played to jury.

 Plaintiff witness(es): Balu Balakrishnan

Admitted Exhibits:

Plaintiff: 1, 2, 5, 6, 121, 123, 278, 1383, 1596, 1643, 1668, 1669, 1670, 1729, 1730R,
          1740

Defense: 2514, 2540, 2733.1, 2743, 3503, 5679, 5680