Case No: **C-09-5235-MMC**     Case Name: **Power Integrations vs Fairchild Semiconductor**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:37 | | | Court convened - all counsel present | |
| | | | | | Plaintiff's counsel informed the Court that they will use a | |
| | | | | | redacted document with first witness. | |
| | | | | | Counsel have dispute re: Defendant's demonstrative exhibit | |
| | | | | | DDX37 - Court grants plaintiff's motion to keep this exhibit | |
| | | | | | out and grants protective order. | |
| | | 9:20 | | | Jury brought into courtroom | |
| | | 9:22 | | | Patent video played to jury. | |
| | | 9:40 | | | Plaintiff's opening statement | |
| | | 10:39 | | | Court recess (10 minutes) | |
| | | 10:55 | | | Court reconvened | |
| | | | | | Defendants' opening statement | |
| | | 12:05 | | | Court recess (1 hour) | |
| | | 1:07 | | | Court reconvened with jury | |
| | | | | | Plaintiff's witness: **Balu Balakrishnan** | |
| 202 | | | x | | demonstrative | |
| | 3503 | 2/10/14 | x | x | | |
| 1668 | | 2/10/14 | x | x | | |
| 1740 | | 2/10/14 | x | x | | |
| 1 | | 2/10/14 | x | x | | |
| 1643 | | 2/10/14 | x | x | | |
| 211 | | | x | | demonstrative | |
| 212 | | | x | | demonstrative | |
| 2 | | 2/10/14 | x | x | | |
| 225 | | | x | | demonstrative | |
| 1383 | | 2/10/14 | x | x | | |
| 123 | | 2/10/14 | x | x | | |

| Pl Ex | Deft Ex | Date | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|---|
| 1670 | | 2/10/14 | x | x | | |
| 242 | | | x | | demonstrative | |
| 1596 | | 2/10/14 | x | x | | |
| 121 | | 2/10/14 | x | x | | |
| 1669 | | 2/10/14 | x | x | | |
| 278 | | 2/10/14 | x | x | | |
| 1729 | | 2/10/14 | x | x | | |
| | 2540 | 2/10/14 | x | x | | |
| 6 | | 2/10/14 | x | x | | |
| 5 | | 2/10/14 | x | x | | |
| 1730 | | 2/10/14 | x | x | redacted | |
| | | 2:45 | | | Court recess (15 minutes) | |
| | | 3:03 | | | Court reconvened | |
| | | | | | Cross examination of Balu Balakrishnan | Deft |
| | 5679 | 2/10/14 | x | x | '161 Patent | |
| | 5680 | 2/10/14 | x | x | '107 Patent | |
| | 2743 | 2/10/14 | x | x | | |
| | 2733.1 | 2/10/14 | x | x | | |
| | 2514 | 2/10/14 | x | x | | |
| | | 4:00 | | | Jury recess | |
| | | 4:34 | | | Court recess | |

Page _____