IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FAIRCHILD'S OPPOSITION TO POWER INTEGRATIONS' MOTION TO STRIKE FAIRCHILD'S SUPPLEMENTAL EXPERT REPORTS** |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively "Fairchild") request to file under seal portions of Fairchild's Opposition to Power Integrations' Motion to Strike Fairchild's Supplemental Expert Reports; and Exhibits A-B to the Declaration of Blair M. Jacobs in Support of Fairchild's Opposition to Power Integrations' Motion to Strike Fairchild's Supplemental Expert Reports.

The Court, having considered this request and the papers submitted in support of this request, finds good cause to maintain the confidentiality of these documents and hereby GRANTS the Motion.

**IT IS HEREBY ORDERED** that the documents and redactions enumerated above shall ~~be~~ remain sealed.

**IT IS SO ORDERED.**

Dated:   February 13, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DM_US 49521568-1.060948.0021

[PROPOSED] ORDER GRANTING
FAIRCHILD'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NO. C 09-5235-MMC