IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

    Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,

    Defendants.

No. 09-5235 MMC

**ORDER DENYING PLAINTIFF'S FEBRUARY 17, 2014 ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

    Before the Court are two administrative motions, both filed February 17, 2014, by which plaintiff seeks leave to file under seal the entirety of Exhibit D to the Declaration of Amy Liang in Support of Power Integrations' Trial Brief No. 1 and Exhibit A to Power Integrations Trial Brief No. 2, as well as portions of Power Integrations' Trial Brief No. 2, on the ground defendants have designated the material confidential. Having read and considered the administrative requests, the Court rules as follows.

    Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the

Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." Id. at 79-5(e)(2).

To date, the designating party has not filed a responsive declaration to the above-referenced motions.

Accordingly, plaintiff's motions to file under seal are hereby DENIED, and plaintiff is hereby DIRECTED to file in the public record, no later than March 8, 2014, Exhibit D to the Declaration of Amy Liang in Support of Power Integrations' Trial Brief No. 1 and Exhibit A to Power Integrations Trial Brief No. 2, as well as an unredacted version of its Trial Brief No. 2.

**IT IS SO ORDERED.**

Dated: February 26, 2014

MAXINE M. CHESNEY
United States District Judge