CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:   February 27, 2014

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:**   Belle Ball

Case No. **C-09-5235 MMC**           Case Name: Power Integrations vs Fairchild Semiconductor

Trial Began: **February 10, 2014**        Trial Ended: _____

**Trial Motions Heard**:                                                    **Disposition**

1. _____

2. _____

3. _____

Other:

Plaintiff's closing argument; Defense closing argument; Plaintiff's rebuttal argument; Defense rebuttal argument.  Court gave jury final instructions.

All Admitted Exhibits given to jury.

( 5 hours 28 minutes)