CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:   February 28, 2014

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:   Belle Ball**

Case No. **C-09-5235 MMC**          Case Name: Power Integrations vs Fairchild Semiconductor

**Proceedings: Jury Deliberations**

9:01 a.m. - Court reconvened with counsel.
9:18 a.m. - Jury brought into courtroom - Court gave jury a curative instruction.
9:20 a.m. - Jury retired to jury room for continued deliberations.
9:22 a.m. - Court recess

3:52 p.m. - Court reconvened with jury
3:53 p.m. - Jury recess


Case Continued to: March 3, 2014 at 8:30 a.m. for Continued Jury Deliberations




(18 minutes)