UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC<br><br>**[PROPOSED]** ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO SEAL ITS TRIAL BRIEF NO. 3 AND CERTAIN EXHIBITS IN SUPPORT THEREOF |

Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on February 24, 2014, pursuant to Civil Local Rule 79-5 for permission to file under seal portions of its Trial Brief No. 3 Regarding Fairchild's Evidence Re Apple and Samsung, and to remain sealed in their entirety Exhibits C through I to the Declaration of Enrique D. Duarte in Support of Power Integrations' Trial Brief No. 3.

Good cause having been shown, the Court hereby GRANTS Power Integrations' request to have the designated portions of the following document remain sealed:

- Power Integrations' Trial Brief No. 3 Regarding Fairchild's Evidence Re Apple And Samsung.

Good cause having been shown, the Court hereby GRANTS Power Integrations' Request to maintain the sealed status of the following documents:

- Exhibits C through I to the Declaration of Enrique D. Duarte in Support of Power Integrations' Trial Brief No. 3.

IT IS SO ORDERED.

Dated:  March 4  , 2014

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE