UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Power Integrations, Inc.

No. C-09-5235 MMC

v.

Fairchild Semiconductor Corporation, et al.,

ORDER TO PAY ADDITIONAL ATTENDANCE FEE

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than thirty (30) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of thirty (30) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of thirty (30) days.

Dated: March 4, 2014

Maxine M. Chesney
United States District Judge