CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:  March 3, 2014

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:**  Belle Ball

Case No. **C-09-5235 MMC**          Case Name: Power Integrations vs Fairchild Semiconductor

**Proceedings: Jury Deliberations**

    8:30 a.m. - Jury continued deliberations

    9:22 a.m. - Jury note #3

    9:30 a.m. - Court reconvened with counsel - addressed jury note #3

    9:40 a.m. - Court recess

    4:00 p.m. - Jury recess for the day

Case Continued to: March 4, 2014 at 8:30 a.m. for Continued Jury Deliberations

( 10 minutes)