CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: March 4, 2014

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:** Belle Ball

Case No. **C-09-5235 MMC**     Case Name: Power Integrations vs Fairchild Semiconductor

**Proceedings: Jury Deliberations and Jury Verdict**

    8:30 a.m. - Jury continued deliberations

    2:00 p.m. - Jury note #5 - reached verdict

    2:19 p.m. - Court reconvened with counsel and jury

        Verdict read and recorded - jury polled

    2:35 p.m. - Jury thanked and excused

        Court recess (10 minutes)

    2:47 p.m. - Court reconvened - all counsel present

        Post-trial briefing schedule (per joint pretrial statement docket #358):

            Opening briefs due by May 9, 2014
            Responsive briefs due by June 6, 2014
            Reply briefs due by June 20, 2014

        Equitable issues briefing schedule:

            Opening briefs due by May 9, 2014
            Responsive briefs due by June 16, 2014

    3:03 p.m. - Court recess

Case Continued to: July 11, 2014 at 9:00 a.m. for Hearing on Post-Trial Briefs

( 32 minutes)