IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br>v.<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al.,<br><br>Defendant. | No. C 09-5235 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE TO RENEWAL PARTIES' RESPECTIVE MOTIONS FOR JUDGMENT** |

In February 2014, the parties filed, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, their respective motions for judgment as a matter of law. (See Dkt. Nos. 527-29, 531, 534, 536.)

With the exception of invalidity as a defense to the claimed infringement of the '977 patent, which defense was not pursued, all of the issues sought to be so adjudicated were submitted to the jury.

Accordingly, with the one exception, the motions are, in each instance, hereby DENIED without prejudice to renewal pursuant to Rule 50(b) and the parties' Joint Pretrial Statement.

**IT IS SO ORDERED.**

Dated: March 31, 2014

MAXINE M. CHESNEY
United States District Judge