IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

        Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al.,

        Defendants.
                                   /

No. C 09-5235 MMC

**ORDER RE: POST-TRIAL BRIEFING; SETTING STATUS CONFERENCE**

     The Court is in receipt of nine post-trial motions, filed May 8 and 9, 2014 by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation, and noticed for hearing July 11, 2014.  (See Dkt. Nos. 568-576.)  The nine motions collectively total 172 pages.  With the exception of defendants' motion raising inequitable conduct, the motions are, in essence, a single 160-page motion for judgment as a matter of law or, in the alternative, a new trial.  The Court has not afforded defendants leave to file a motion of such length.

     Accordingly, the parties are hereby DIRECTED to attend a status conference on May 30, 2014 at 10:00 a.m.  The July 11, 2014 hearing date and the previously approved briefing schedule are hereby VACATED pending the status conference, at which the Court will discuss with counsel the manner in which post-trial issues will be presented.  A status

conference statement is not required.

**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
MAXINE M. CHESNEY
United States District Judge