IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER RE: POST-TRIAL BRIEFING** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al., | |
| Defendants. / | |

Before the Court are four post-trial motions, filed May 9, 2014 by plaintiff Power Integrations, Inc. and noticed for hearing July 11, 2014. By separate order filed concurrently herewith, the Court has vacated the July 11, 2014 hearing date for which defendants' post-trial motions were noticed as well as the related briefing schedule, and scheduled a status conference for May 30, 2014.

Accordingly, to promote the orderly resolution of the parties' respective motions, the July 11, 2014 hearing date and the previously approved briefing schedule for plaintiff's motions are hereby VACATED pending the May 30, 2014 status conference.

**IT IS SO ORDERED.**

Dated: May 13, 2014

MAXINE M. CHESNEY
United States District Judge