IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER STRIKING SEVEN SEPARATE MOTIONS WITH LEAVE TO FILE AS CONSOLIDATED MOTION** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al., | |
| Defendants. / | |

For the reasons set forth in the Court's Order Re: Post-Trial Briefing, filed May 13, 2014, and in accordance with the Court's findings made at the Status Conference conducted today's date, the following motions, filed May 8 and May 9, 2014 by Fairchild Semiconductor International, Inc. ("Fairchild"), are hereby STRICKEN and may be consolidated in a single motion not to exceed forty-five pages in length:

1. Renewed Motion for Judgment as a Matter of Law Regarding Infringement of the '977 Patent, or, in the Alternative, for a New Trial (Dkt. No. 568)

2. Motion for New Trial on Damages (Dkt. No. 569)

3. Motion for Judgment as a Matter of Law, or in the Alternative, New Trial on Damages (Dkt. No. 570)

4. Renewed Motion for Judgment as a Matter of Law that Patent No. 6,538,908 Is Invalid or, in the Alternative, for a New Trial (Dkt. No. 571)

5. Renewed Motion for Judgment as a Matter of Law Regarding Infringement of

        U.S. Patent No. 6,212,079 or, in the Alternative, for a New Trial (Dkt. No. 572)

6.     Renewed Motion for Judgment as a Matter of Law Regarding No Infringement of U.S. Patent No. 6,538,908 or, in the Alternative, for a New Trial (Dkt. No. 573)

7.     Motion For Judgment as a Matter of Law that U.S. Patent No. 6,212,079 Is Anticipated, or in the Alternative, for a New Trial (Dkt. No. 575)

Power Integrations, Inc.'s opposition thereto likewise may not exceed forty-five pages in length, and Fairchild's reply may not exceed twenty pages in length.

**IT IS SO ORDERED.**

Dated: June 13, 2014

MAXINE M. CHESNEY  
United States District Judge