|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| POWER INTEGRATIONS, INC., a Delaware corporation, | Case No. 09-cv-05235- MMC |
| --- | --- |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 576] |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation, | |
| Defendants. | |

The Court, having considered Defendants' request and the papers submitted in support of this request, including the supporting declaration from Plaintiff's counsel, finds good cause to maintain the confidentiality of these materials and hereby GRANTS Defendants' motion to seal (Dkt. No. 457).

**IT IS HEREBY ORDERED** that the following shall be filed under seal:

- Portions of Fairchild's Motion for a Finding that U.S. Patent No. 6,638,908 is Unenforceable Due to Power Integrations' Inequitable Conduct

- Portions of Fairchild's Proposed Findings of Fact and Conclusions of Law Regarding Unenforceability of U.S. Patent No. 6,638,908 to Power Integrations' Inequitable Conduct; and

- Exhibits S-T to the Declaration of Jeremiah A. Armstrong in Support of Fairchild's Motion for a Finding that U.S. Patent No. 6,638,908 is Unenforceable Due to Power Integrations' Inequitable Conduct.

**IT IS SO ORDERED.**

Dated: ___June 17___, 2014

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE