IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTIONS TO SEAL (DKT. NOS. 580, 586, 600); DIRECTIONS TO PLAINTIFF** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. | |

    Before the Court are two administrative motions filed May 9, 2014 (Dkt. Nos. 580, 586), and one administrative motion filed July 18, 2014 (Dkt. No. 600), by which motions plaintiff seeks leave to file under seal the following documents, on the ground defendants have designated the material as confidential: (1) the entirety of Exhibits A and B to the Declaration of Michael R. Headley in Support of Power Integrations' Brief in Support of Its Renewed Motion for Judgment as a Matter of Law; (2) portions of Power Integrations' Opening Brief Requesting a Declaration That This Case is Exceptional and for Award of Enhanced Damages and Attorneys' Fees ("Power Integrations' Brief"); (3) the entirety of Exhibits J, M-R, LL, and MM to the Declaration of Enrique D. Duarte in Support of [Power Integrations' Brief]; and (4) the entirety of Exhibit 2 to the Declaration of Michael R. Headley in Support of Power Integrations' Opposition to Fairchild's Renewed Motion for Judgment

as a Matter of Law.  Having read and considered the three administrative motions, the Court rules as follows.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order.  See Civil L.R. 79-5(d)-(e).  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable."  Id. at 79-5(e)(1).  "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied."  Id. at 79-5(e)(2).

To date, the designating party has not filed a responsive declaration to the above-referenced motions.

Accordingly, plaintiff's motions to file under seal are hereby DENIED, and plaintiff is hereby DIRECTED to file in the public record, no earlier than August 1 and no later than August 7, 2014, the above-referenced documents.

**IT IS SO ORDERED.**

Dated: July 28, 2014

MAXINE M. CHESNEY
United States District Judge