UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br>　　　　Plaintiff, <br>　　v. <br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION, <br><br>　　　　Defendants. | Case No. C 09-5235-MMC (MEJ) <br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF ORDERS (ECF NOS. 603, 604) DENYING AND DENYING-IN-PART PLAINTIFF'S ADMINISTRATIVE MOTIONS TO SEAL (ECF NOS. 582, 586)** |

Having considered the papers and arguments related to Defendants Fairchild Semiconductor International, Inc.'s, Fairchild Semiconductor Corporation's, and System General Corporation's unopposed Motion for Leave to File a Motion for Reconsideration of the Court's Orders denying (ECF No. 603) and denying-in-part (ECF No. 604) Plaintiff Power Integrations, Inc.'s Administrative Motions to Seal (ECF No. 582, 586), this Court finds good cause thereto and hereby GRANTS Defendants' Motion for Leave. Defendants are GRANTED leave to file with the Court their Motion for Reconsideration.

**IT IS SO ORDERED**

Dated: __July 31__, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge