UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION,<br><br>Defendants. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR RECONSIDERATION OF ORDERS (DKT NOS. 603, 604) DENYING AND DENYING-IN-PART PLAINTIFF'S ADMINISTRATIVE MOTIONS TO SEAL (DKT. NO. 582, 586)** |

1   Having considered the papers and arguments related to Defendants Fairchild
2   Semiconductor International, Inc.'s, Fairchild Semiconductor Corporation's, and System General
3   Corporation's unopposed Motion for Reconsideration of the Court's Orders denying (Dkt. No.
4   603) and denying-in-part (Dkt. No. 604) Plaintiff's Administrative Motions to Seal (Dkt. No. 582,
5   586), this Court finds good cause thereto and hereby GRANTS Defendants' Motion. ~~with respect~~
6   Accordingly, ~~to~~ the following papers and documents ~~:~~ shall remain filed under seal.

7   •   Certain portions of Power Integrations' Unredacted Opening Brief Requesting a
8       Declaration That This Case is Exceptional and for Award of Enhanced Damages
9       and Attorneys' Fees ("Enhanced Damages Brief") (Dkt. No. 586-4) and the
10      entirety of Exhibits J, LL, and MM to the Declaration of Enrique D. Duarte in
11      Support of Power Integrations' Enhanced Damages Brief (Dkt. Nos. 586-5, 586-
12      12, and 586-13).
13  •   Certain portions of Power Integrations' Unredacted Motion for a Permanent
14      Injunction (Dkt. No. 582-4) and the entirety of Exhibits D-G to the Declaration of
15      Michael R. Headley in Support of Power Integrations' Motion for a Permanent
16      Injunction (Dkt. Nos. 582-6 to 582-9).

18  **IT IS SO ORDERED.**

20  Dated:  July 31, 2014

22                                          _____
                                            HONORABLE MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)