UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>                Defendants. | Case No. 09-cv-05235 MMC<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' AUGUST 6, 2014 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>**(Dkt. No. 612)** |

The Court, having considered Defendants' request and the papers submitted in support of this request, including the supporting declaration from Plaintiff's counsel, finds good cause to maintain the confidentiality of these materials and hereby GRANTS IN PART Defendants' Motion [Dkt. No. 612] as follows:

Exhibits B and C to the Declaration of Christina A. Ondrick in Support of Fairchild's Reply in Support of Its Renewed Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 shall be maintained under seal.

In all other respects the motion is hereby DENIED, and Defendants are hereby DIRECTED to file without redaction in the public record, no earlier than August 22 and no later than August 28, 2014, Fairchild's Reply in Support of Its Renewed Motion for Judgment as a Matter of Law, New Trial, and/or Remittur.

**IT IS SO ORDERED.**

Dated:  August 18, 2014

Honorable Maxine Chesney
UNITED STATES DISTRICT COURT

2014-08-11 PI D619-1 Proposed Order re Dkt No 612 Admin Mot to Seal Exs B-C