UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235-MMC<br><br>[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO SEAL |

  Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion for Administrative Relief with this Court on September 18, 2014, pursuant to Civil Local Rule 79-5 requesting permission to maintain under seal portions of its Renewed Motion for a Permanent Injunction.

  Good cause having been shown, the Court hereby GRANTS Power Integrations' request to

///

///

///

///

1  have the designated portions of Power Integrations' Renewed Motion for a Permanent Injunction
2  document remain sealed.
3       IT IS SO ORDERED.
4
5  Dated:    September 23, 2014

                                                  _____
                                                  Honorable Maxine M. Chesney
                                                  UNITED STATES DISTRICT COURT JUDGE