IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 3:09-cv-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S MOTION FOR LEAVE TO FILE A RENEWED MOTION FOR RECONSIDERATION OF ORDER REGARDING FAIRCHILD'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL, AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59 (DKT. 632)**<br><br>Date:     TBD<br>Time:     TBD<br>Judge:    Hon. Maxine M. Chesney<br>Location: Courtroom 7, 19th Floor |

Having considered the papers and arguments related to Defendants Fairchild Semiconductor International, Inc.'s, Fairchild Semiconductor Corporation's, and System General Corporation's Motion for Leave to File a Motion for Reconsideration of Order Regarding Fairchild's Renewed Motion for Judgment as a Matter of Law, New Trial, And/Or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 (Dkt. 632), this Court finds good cause to and hereby GRANTS Defendants' Motion.  Defendants are GRANTED leave to file with the Court their Motion for Reconsideration of Order Regarding Fairchild's Renewed Motion for Judgment as a Matter of

Law, New Trial, And/Or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 (Dkt. 632); the motion shall be filed no later than October 3, 2014.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
Honorable Maxine M. Chesney
UNITED STATES MAGISTRATE JUDGE

DM_US 55297164-1.060948.0021