| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael R. Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | Blair M. Jacobs (admitted *pro hac vice*)<br>bjacobs@mwe.com<br>Christina A. Ondrick (admitted *pro hac vice*)<br>condrick@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>Telephone:  (202) 756-8000<br>Facsimile:   (202) 756-8087<br><br>Leigh Martinson (admitted *pro hac vice*)<br>lmartinson@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone:  (617) 535-4000<br>Facsimile:   (617) 535-3800<br><br>Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br>a Delaware corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>            Defendants. | Case No. 09-cv-05235-MMC (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE** VACATING<br><br>Date:  November 21, 2014<br>Time:   9:00 a.m.<br>Judge:  Maxine M. Chesney |

On September 18, 2014, Plaintiff Power Integrations, Inc. ("Power Integrations") filed a

Renewed Motion for Prejudgment Interest (Dkt. 634) and a Renewed Motion for a Permanent

Injunction (Dkt. 637).  Both motions set a hearing date of October 24, 2014.  Defendants Fairchild

Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively "Fairchild") have a pre-existing conflict with the hearing date noticed by Power Integrations.  The parties have met and conferred and hereby stipulate and agree to a brief extension of the schedule for briefing filings and hearing date as set forth below:

- Deadline to submit opposition briefs: October 10, 2014
- Deadline to submit reply briefs: October 20, 2014
- Hearing: November 21, 2014

The hearing date provided above is the first mutually available hearing date for the parties. These scheduling changes do not impact any other deadlines in the case.

| | | |
|---|---|---|
| 1 | Dated:  October 1, 2014 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ *Michael R. Headley*<br>    Michael R. Headley |
| 4 | | Attorneys for Plaintiff |
| 5 | | POWER INTEGRATIONS, INC. |
| 6 | Dated:  October 1, 2014 | MCDERMOTT, WILL & EMERY LLP |
| 7 | | |
| 8 | | By:  */s/ Blair M. Jacobs*<br>    Blair M. Jacobs |
| 9 | | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

| | | |
|---|---|---|
| Dated: October 1, 2014 | MCDERMOTT, WILL & EMERY LLP |
| | By:  */s/ Blair M. Jacobs*<br>    Blair M. Jacobs |
| | Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION |

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED.** with the exception that the October 24, 2014 hearing is hereby VACATED, rather than continued to November 21, 2014, and will be rescheduled after the Court's ruling on Fairchild's motion for reconsideration of the Court's order denying Fairchild's motion for judgment as a matter of law

1  or new trial as to damages.

2      In light of the above, the parties may with to further modify the briefing schedule for

3  Power Integrations' pending motions for prejudgment interest and injunctive relief.

4  Dated: October 1, 2014

5                                                MAXINE M. CHESNEY

6                                                United States District Court Judge