1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                (SAN FRANCISCO DIVISION)

11

12  POWER INTEGRATIONS, INC., a            Case No. C 09-5235-MMC (MEJ)
    Delaware corporation,
13                                         [PROPOSED] ORDER GRANTING
                 Plaintiffs/Counter-Defendants,   FAIRCHILD'S UNOPPOSED BRIEFING
14                                         SCHEDULE
         v.
15
    FAIRCHILD SEMICONDUCTOR
16  INTERNATIONAL, INC., a Delaware
    Corporation, FAIRCHILD
17  SEMICONDUCTOR CORPORATION, a
    Delaware Corporation, and SYSTEM
18  GENERAL CORPORATION, a Taiwanese
    corporation,
19
                 Defendants/Counter-Plaintiffs.
20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1    Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor

2 Corporation, and System General Corporation (collectively, "Fairchild") filed an Unopposed

3 Briefing Schedule regarding Plaintiff Power Integrations, Inc.'s Renewed Motion for

4 Prejudgment Interest (Dkt. 634) and a Renewed Motion for a Permanent Injunction (Dkt. 637).

5    The Court, having considered this request, finds good cause and hereby GRANTS the

6 Schedule.  The briefing schedule adopted by this Court is:

7

8    - Deadline for Fairchild to submit its opposition to Power Integrations' Renewed
     Motion for a Permanent Injunction: October 24, 2014;

9

10   - Deadline for Power Integrations to submit its reply in support of its Renewed Motion
     for a Permanent Injunction: November 3, 2014;

11   - Deadline for Fairchild to submit its opposition to Power Integrations' Renewed
     Motion for Prejudgment Interest: Ten days following the Court's ruling on Fairchild's

12   Motion for Reconsideration; and

13

14   - Deadline for Power Integrations to submit its reply in support of its Renewed Motion
     for Prejudgment Interest: Seven days following Fairchild's submission of its

15   opposition to Power Integrations' Renewed Motion for Prejudgment Interest.

16    **IT IS SO ORDERED.** The Court will address by separate order the concerns raised

17 in the Response and Reply.

18 Dated:  October 15, 2014

19    _____

20    HONORABLE MAXINE M. CHESNEY
      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)