UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FAIRCHILD'S OPPOSITION TO POWER INTEGRATIONS' RENEWED MOTION FOR A PERMANENT INJUNCTION** |

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)

1  Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor
2  Corporation, and System General Corporation (collectively, "Fairchild") filed a Motion for
3  Administrative Relief with this Court on October 24, 2014, pursuant to Civil Local Rule 79-5,
4  requesting permission to maintain under seal the following materials:
5  \* Portions of the Declaration of Joel Pond in Support of Fairchild's Opposition to Power
6  Integrations' Renewed Motion for a Permanent Injunction; and
7  \* Exhibit 1 to the Declaration of Joel Pond in Support of Fairchild's Opposition to Power
8  Integrations' Renewed Motion for a Permanent Injunction.
9  The Court, having considered this request and the papers submitted in support of this
10  request, finds good cause to maintain the confidentiality of these documents or portions thereof
11  and hereby GRANTS the Motion.
12  **IT IS HEREBY ORDERED** that the documents and redactions enumerated above shall
13  remain sealed.
14  **IT IS SO ORDERED.**

16  Dated: October 28, 2014

17  _____
18  HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)