Blair M. Jacobs (admitted *pro hac vice*)
bjacobs@mwe.com
Christina A. Ondrick (admitted *pro hac vice*)
condrick@mwe.com
Robert J. Walters (admitted *pro hac vice*)
rwalters@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Defendants/Counter-Plaintiffs
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
SYSTEM GENERAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**NOTICE OF WITHDRAWAL OF TERRENCE P. MCMAHON** |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5, counsel for defendants Fairchild Semiconductor, Inc., Fairchild Semiconductor Corporation, and System General Corporation, respectfully requests that the Clerk of this Court remove Terrence P. McMahon as attorney of record in this matter, and further requests that Terrence P. McMahon be removed from the ECF service list.

Dated: November 11, 2014      Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By:    /s/ Blair M. Jacobs--------------------------
        Blair M. Jacobs (admitted *pro hac vice*)
        bjacobs@mwe.com
        Christina A. Ondrick (admitted *pro hac vice*)
        condrick@mwe.com
        Robert J. Walters (admitted *pro hac vice*)
        rwalters@mwe.com

McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202-756-8087)

Leigh Martinson (admitted *pro hac vice*)
lmartinson@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

Marisa Chun (SBN 160351)
mchun@mwe.com
McDERMOTT WILL & EMERY LLP
255 Middlefield Road
Menlo Park , CA 94025
Telephone: (650) 815-7668
Facsimile: (650) 815-7401

Attorneys for Defendants/Counter-Plaintiffs
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION

NOTICE OF WITHDRAWAL OF      NOTICE OF NAME CHANGE AND
TERRENCE P. MCMAHON               UNOPPOSED MOTION RE CASE CAPTION

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK