MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>　　　　Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF JEREMIAH ARMSTRONG AS ATTORNEY OF RECORD** |

1  The Court, having considered the request of counsel for Defendant Fairchild Semiconductor, Inc., Fairchild Semiconductor Corporation, and System General Corporation to remove Jeremiah Armstrong as counsel of record hereby GRANTS this request.

**IT IS HEREBY ORDERED** that Jeremiah Armstrong shall be removed as counsel of record for Defendants and that the clerk of this Court shall remove Jeremiah Armstrong from the ECF Service List.

**IT IS SO ORDERED.**

Dated: November 12, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE