UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>  Plaintiffs/Counter-Defendants,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>  Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF JEREMY ELMAN AS ATTORNEY OF RECORD** |

1   The Court, having considered the request of counsel for Defendant Fairchild
2   Semiconductor, Inc., Fairchild Semiconductor Corporation, and System General Corporation to
3   remove Jeremy Elman as counsel of record hereby GRANTS this request.
4   **IT IS HEREBY ORDERED** that Jeremy Elman shall be removed as counsel of record
5   for Defendants and that the clerk of this Court shall remove Jeremy Elman from the ECF Service
6   List.
7   **IT IS SO ORDERED.**

Dated: November 12, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)