UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF TERRENCE P. MCMAHON AS ATTORNEY OF RECORD** |

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)

1  The Court, having considered the request of counsel for Defendant Fairchild Semiconductor, Inc., Fairchild Semiconductor Corporation, and System General Corporation to remove Terrence P. McMahon as counsel of record hereby GRANTS this request.

**IT IS HEREBY ORDERED** that Terrence P. McMahon shall be removed as counsel of record for Defendants and that the clerk of this Court shall remove Terrence P. McMahon from the ECF Service List.

**IT IS SO ORDERED.**

Dated: November 12, 2014

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)