UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>　　　　Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED]** ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR HEARING PURSUANT TO GENERAL ORDER NO. 58 |

IT IS HEREBY ORDERED that:

Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, starting on Wednesday, November 19, 2014 and running through November 21, 2014 for the express purpose of presenting a visual presentation at the hearing.

**IT IS SO ORDERED.**

Dated:  November 19, 2014

　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Court Judge