IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER DENYING RENEWED MOTION FOR PREJUDGMENT INTEREST** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. et al., | |
| Defendant. / | |

Before the Court is the "Renewed Motion for Prejudgment Interest," filed September 18, 2014, by plaintiff Power Integrations, Inc. ("Power Integrations"). In light of the Court's order, filed today's date, granting a new trial on the issue of damages, Power Integrations' renewed motion for prejudgment interest is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: November 25, 2014

MAXINE M. CHESNEY
United States District Judge