MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>    Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S UNOPPOSED MOTION TO CHANGE CASE CAPTION** |

The Court, having considered Defendants' Notice and Unopposed Motion to Change the Case Caption and finding good cause therefor, hereby orders that Defendants' Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: November 25, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DM_US 56534310-2.060948.0021

[PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)