Frank E. Scherkenbach (SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (SBN 162897)
pollack@fr.com
Michael R. Headley (SBN 220834)
headley@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Blair M. Jacobs (*pro hac vice*)
bjacobs@mwe.com
Christine A. Ondrick (*pro hac vice*)
condrick@mwe.com
Robert J. Walters (*pro hac vice*)
rwalters@mwe.com
McDERMOTT WILL & EMERY
600 13th Street, N.W.
Washington, D.C., 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Leigh J. Martinson (*pro hac vice*)
lmartinson@mwe.com
McDERMOTT WILL & EMERY
28 State Street
Boston, MA 02109-1775
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL,
INC., FAIRCHILD SEMICONDUCTOR
CORPORATION, and FAIRCHILD
(TAIWAN) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME OF THE HEARING ON POWER INTEGRATIONS' MOTION FOR PERMANENT INJUNCTION AND TESTIMONY REGARDING FAIRCHILD'S INEQUITABLE CONDUCT CLAIM**<br><br>DATE:         January 26, 2015<br>TIME:         10:00 a.m.<br>JUDGE:      Hon. Maxine M. Chesney<br>LOCATION: Courtroom 7, 19th Floor |

WHEREAS, on January 26, 2015, at 10:00 a.m., the Court is scheduled to hear testimony from Power Integrations' CEO and named inventor Balu Balakrishnan in the context of Fairchild's

charge of inequitable conduct with respect to the '908 patent, to hear arguments on Power Integrations' renewed motion for permanent injunction [Dkt. No. 637], and to conduct a status conference regarding the damages retrial proceedings in this case. [*See* Dkt. No. 666 at 3.]

WHEREAS, Power Integrations' CEO has a pre-existing Board meeting scheduled in San Jose for noon that day that creates a conflict with the hearing time, which can be alleviated by commencing the hearing an hour earlier at 9:00 a.m. and beginning the day's proceedings with Mr. Balakrishnan's testimony.

NOW, THEREFORE, the parties do hereby stipulate and respectfully request the Court to change the start time of the hearing from 10:00 a.m. to 9:00 a.m. on January 26, 2015.

**IT IS SO STIPULATED.**

Dated: December 9, 2014            FISH & RICHARDSON P.C.

                                   By: */s/ Michael R. Headley*
                                       Michael R. Headley

                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.

Dated: December 9, 2014            McDERMOTT WILL & EMERY LLP

                                   By: */s/ Blair M. Jacobs*
                                       Blair M. Jacobs

                                   Attorneys for Defendants
                                   FAIRCHILD SEMICONDUCTOR
                                   INTERNATIONAL, INC., FAIRCHILD
                                   SEMICONDUCTOR CORPORATION, and
                                   SYSTEM GENERAL CORPORATION

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated: December 9, 2014            FISH & RICHARDSON P.C.

                                   By: */s/ Michael R. Headley*
                                       Michael R. Headley

                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.

**[PROPOSED] ORDER**

Pursuant to the joint stipulation and good cause appearing, the Court hereby reschedules the January 26, 2015 hearing to begin at 9:00 a.m., and to begin the proceedings with the testimony of Mr. Balakrishnan that morning.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
Honorable Maxine M. Chesney
United States District Court