UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>    Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED]** ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR HEARING PURSUANT TO GENERAL ORDER NO. 58 |

IT IS HEREBY ORDERED that:

Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on Friday, January 23, 2015 for the express purpose of presenting the parties' hearing presentations.

**IT IS SO ORDERED.**

Dated:    January 7, 2015

                                      HON. MAXINE M. CHESNEY
                                      United States District Court Judge