UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,<br><br>　　　　　　Defendants. | Case No. 09-cv-05235 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' JANUARY 22, 2015 ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>(Dkt. No. 677) |

　　The Court, having considered Defendants' request and the papers submitted in support of this request, including the supporting declaration from Plaintiff's counsel, finds good cause to maintain the confidentiality of these materials and hereby GRANTS Defendants' Motion [Dkt. No. 677] as follows:

　　Exhibit A to the Fairchild's Proffer of The Deposition Testimony of James Go shall be maintained under seal.

　　**IT IS SO ORDERED.**

Dated:  January 27, 2015

_____
Honorable Maxine Chesney
UNITED STATES DISTRICT COURT

50974343.doc