1   Frank E. Scherkenbach (SBN 142549)
    scherkenbach@fr.com
2   FISH & RICHARDSON P.C.
    One Marina Park Drive
3   Boston, MA 02110-2804
    Telephone: (617) 542-5070
4   Facsimile:  (617) 542-8906

5   Howard G. Pollack (SBN 162897)
    pollack@fr.com
6   Michael R. Headley (SBN 220834)
    headley@fr.com
7   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
8   Redwood City, CA  94063
    Telephone: (650) 839-5070
9   Facsimile:  (650) 839-5071

10  Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

11

Blair M. Jacobs (admitted *pro hac vice*)
bjacobs@mwe.com
Christina A, Ondrick (admitted *pro hac vice*)
condrick@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Telephone:    (202) 756-8000
Facsimile:    (202) 756-8087

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL,
INC.,  FAIRCHILD SEMICONDUCTOR
CORPORATION, and FAIRCHILD
(TAIWAN) CORPORATION

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                (SAN FRANCISCO DIVISION)

15

16  POWER INTEGRATIONS, INC.,
    a Delaware corporation,

17
                    Plaintiff,
18
         v.
19
    FAIRCHILD SEMICONDUCTOR
20  INTERNATIONAL, INC., a Delaware
    corporation, FAIRCHILD SEMICONDUCTOR
21  CORPORATION, a Delaware corporation, and
    FAIRCHILD (TAIWAN) CORPORATION, a
22  Taiwanese corporation,

23                  Defendant.

24

Case No. 09-cv-05235-MMC

**JOINT STATUS REPORT AND
[PROPOSED] SCHEDULING ORDER
REGARDING DAMAGES RETRIAL
PROCEEDINGS IN VIEW OF FEB. 18,
2015 SCHEDULING TELECONFERENCE**

JUDGE: Hon. Maxine M. Chesney

25       Following the Court's scheduling determinations and directions during the status conference

26  held on February 18, 2015, Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants

27  Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild

28

1   (Taiwan) Corporation (collectively, "Fairchild") met and conferred and jointly submit the following

2   schedule for the proceedings related to the forthcoming new trial on damages:

3

| Event / Deadline | Date |
|---|---|
| Produce updated sales data through the end of 2014 | March 4 |
| ID fact witnesses to be called live at trial | March 11 |
| Complete fact witness discovery | April 30 |
| Disclose identity of experts and general subject(s) of their testimony | April 30 |
| Opening Expert Reports (incl. damages, technical, and any survey experts) | June 11 |
| Rebuttal Expert Reports | July 7 |
| Close of Expert Discovery | July 15 |
| Produce updated sales data through end of June 2015, to permit the parties to incorporate up-to-date figures in their presentations at trial | July 31 |
| *Daubert* Briefing | Aug. 28 Sept. 11 Sept. 18 |
| *Daubert* Hearing | Oct. 2 |
| Pretrial Order/MILs (per J. Chesney's standing order) | Nov. 2 |
| Pretrial hearing | Nov. 17 |
| Trial | Dec. 7-11 |

14       The parties have also agreed that fact depositions will be capped at 2.5 hours for witnesses

15   who have already been deposed, with regular (i.e., 7 hour) depositions for any newly-disclosed fact

16   witnesses who have not been deposed to date.  The parties also agree that the deposition of one

17   Fairchild fact witness from Taiwan may be taken after the close of fact witness discovery to permit

18   the deposition to be taken in the United States.

19       Fairchild reserves the right to serve a limited number of contention interrogatories after the

20   close of fact discovery should fact witness discovery not fully delineate the basis for Power

21   Integrations' new damages theories.  Power Integrations reserves its objections to the service and

22   substance of any such discovery.

23   Dated:  February 24, 2015              FISH & RICHARDSON P.C.

24

25                                         By: /s/ *Michael R. Headley*

26                                             Michael R. Headley

27                                         Attorneys for Plaintiff
                                           POWER INTEGRATIONS, INC.

28

JOINT STATUS REPORT REGARDING
                                           DAMAGES RETRIAL PROCEEDINGS
                                           Case No. 09-cv-05235-MMC

Dated:  February 24, 2015                          MCDERMOTT, WILL & EMERY LLP


                                                   By:   */s/ Blair Jacobs*
                                                         Blair Jacobs

                                                   Attorneys for Defendants FAIRCHILD
                                                   SEMICONDUCTOR INTERNATIONAL,
                                                   INC., FAIRCHILD SEMICONDUCTOR
                                                   CORPORATION, and FAIRCHILD
                                                   (TAIWAN) CORPORATION

       Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

of perjury that concurrence in the filing of this document has been obtained from counsel for

Defendants.

Dated:  February 24, 2015                          FISH & RICHARDSON P.C.


                                                   By: /s/ *Michael R. Headley*
                                                         Michael R. Headley

                                                   Attorneys for Plaintiff
                                                   POWER INTEGRATIONS, INC.


       **IT IS SO ORDERED.**



Dated:   February 25, 2015

                                                   Honorable Maxine M. Chesney
                                                   United States District Court