UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF A. MARISA CHUN AS ATTORNEY OF RECORD** |

1     The Court, having considered the request of counsel for Defendant Fairchild

2 Semiconductor, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation

3 to remove A. Marisa Chun as counsel of record hereby GRANTS this request.

4     **IT IS HEREBY ORDERED** that A. Marisa Chun shall be removed as counsel of record

5 for Defendants and that the clerk of this Court shall remove A. Marisa Chun from the ECF

6 Service List.

7     **IT IS SO ORDERED.**

Dated: May 15, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE