UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF LEIGH MARTINSON AS ATTORNEY OF RECORD** |

| | |
|---|---|
| 1 | The Court, having considered the request of counsel for Defendant Fairchild |
| 2 | Semiconductor, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation |
| 3 | to remove Leigh Martinson as counsel of record hereby GRANTS this request. |
| 4 | **IT IS HEREBY ORDERED** that Leigh Martinson shall be removed as counsel of record |
| 5 | for Defendants and that the clerk of this Court shall remove Leigh Martinson from the ECF |
| 6 | Service List. |
| 7 | **IT IS SO ORDERED.** |

Dated: May 15, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE