| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael R. Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | Blair M. Jacobs (admitted *pro hac vice*)<br>bjacobs@mwe.com<br>Christina A, Ondrick (admitted *pro hac vice*)<br>condrick@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>Telephone:    (202) 756-8000<br>Facsimile:    (202) 756-8087<br><br>Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,  FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>              Defendant. | Case No. 09-cv-05235-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DAUBERT BRIEFING SCHEDULING**<br><br>JUDGE: Hon. Maxine M. Chesney |

In view of scheduling constraints for a few of the parties' expert witnesses and counsel, the parties' expert depositions are now scheduled to be completed on Wednesday, September 2, which would typically fall after the deadline to file opening briefs on any *Daubert* motions the parties wish to bring in advance of the October 2, 2015 hearing set pursuant to the parties' stipulated scheduling

order [Dkt. No. 691]. To prevent the disruption of the *Daubert* hearing and to keep the case on track toward trial this December, the parties have stipulated to the following slightly modified briefing schedule for *Daubert* briefing, which still provides the Court with the same two-week period after the completion of briefing before the October 2 hearing:

- *Daubert* Opening briefs: due September 4
- *Daubert* Opposition briefs: due September 14
- *Daubert* Reply briefs: due September 18 (unchanged, per Dkt. No. 691)
- *Daubert* Hearing: October 2 (unchanged, per Dkt. No. 691)

Dated: August 10, 2015         FISH & RICHARDSON P.C.

By: /s/ *Michael R. Headley*
        Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: August 10, 2015         MCDERMOTT, WILL & EMERY LLP

By: */s/ Blair Jacobs*
        Blair Jacobs

Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in this filing has been obtained from counsel for Defendants.

Dated: August 10, 2015         FISH & RICHARDSON P.C.

By: /s/ *Michael R. Headley*
        Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
Honorable Maxine M. Chesney
United States District Court