UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF ARTEM NIKOLAEVICH SOKOLOV** |

The Court, having considered the request of counsel for Defendant Fairchild Semiconductor International, Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation to remove Artem Nikolaevich Sokolov as counsel of record hereby GRANTS this request.

**IT IS HEREBY ORDERED** that Artem Nikolaevich Sokolov shall be removed as counsel of record for Defendants and that the clerk of this Court shall remove Artem Nikolaevich Sokolov from the ECF service list.

**IT IS SO ORDERED.**

Dated: September 22, 2015



HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

- 3 -   [PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)