UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware Corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware Corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>    Defendants/Counter-Plaintiffs. | Case No. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF ALEXANDER PAUL OTT** |

PAUL HASTINGS LLP
WASHINGTON, DC

The Court, having considered the request of counsel for Defendant Fairchild Semiconductor International, Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation to remove Alexander Paul Ott as counsel of record hereby GRANTS this request.

**IT IS HEREBY ORDERED** that Alexander Paul Ott shall be removed as counsel of record for Defendants and that the clerk of this Court shall remove Alexander Paul Ott from the ECF service list.

**IT IS SO ORDERED.**

Dated: September 28, 2015



HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

- 3 -    [PROPOSED] ORDER
CASE NO. C 09-5235-MMC (MEJ)