1  BLAIR M. JACOBS (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
2  CHRISTINA A. ONDRICK (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
3  ROBERT J. WALTERS (admitted *pro hac vice*)
   robertwalters@paulhastings.com
4  PAUL HASTINGS LLP
   875 15th Street NW
5  Washington, DC 20005
   Telephone: (202) 551-1700
6
7  Attorneys for Defendants
   *Fairchild Semiconductor Int'l, Inc.,*
8  *Fairchild Semiconductor Corp., and Fairchild (Taiwan)*
   *Corp.*
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | POWER INTEGRATIONS, INC., a | CASE NO. C 09-5235-MMC (MEJ)
14 | Delaware corporation, |
15 |         Plaintiff, | **[PROPOSED]** ORDER RE ENTRY OF
                         | EQUIPMENT INTO THE COURT FOR
16 |         vs. | HEARING PURSUANT TO GENERAL
                 | ORDER NO. 58
17 | FAIRCHILD SEMICONDUCTOR
   | INTERNATIONAL, INC., FAIRCHILD
18 | SEMICONDUCTOR CORPORATION, and
   | FAIRCHILD (TAIWAN) CORPORATION,
19 |
   |         Defendants.
20

                                                    CASE NO. C09-5235-MMC (MEJ)
   [Proposed] Order re Entry of Equipment

IT IS HEREBY ORDERED:

Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on Friday, October 2, 2015 for the express purpose of presenting the parties' hearing presentations.

Defendant is DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

**IT IS ORDERED.**

DATED: Sept. 29, 2015

_____
Hon. Maxine M. Chesney
United States District Judge

LEGAL_US_E # 117071457.1