IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXPEDITE BRIEFING SCHEDULE** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. | |
| Defendants. | |

Before the Court are defendants' "Motion for Summary Judgment of No Entire Market Value Rule" and "Administrative Motion to Expedite the Briefing Schedule and Hearing Date," filed October 22, 2015.  Plaintiff has filed a response to the motion to expedite the briefing schedule, in which, inter alia, it argues the motion for summary judgment is untimely.  The Court agrees.  Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, "[u]nless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."  See Fed. R. Civ. P. 56(b).  Here, discovery closed no later than September 2, 2015 (see Joint Status Report and Scheduling Order, filed February 25, 2015; Stipulation and Order, filed August 11, 2015), and defendants have failed to show good cause for an extension of the 30-day deadline provided in Rule 56.

Accordingly, defendants' motion for summary judgment and motion to expedite the

briefing schedule thereon are hereby DENIED, without prejudice to defendants' raising the issues therein by motion in limine.

**IT IS SO ORDERED.**

Dated: October 26, 2015

MAXINE M. CHESNEY
United States District Judge