1  BLAIR M. JACOBS (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
2  CHRISTINA A. ONDRICK (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
3  CHARLES J. HAWKINS (admitted *pro hac vice*)
   charleshawkins@paulhastings.com
4  PAUL HASTINGS LLP
   875 15th Street NW
5  Washington, DC 20005
   Telephone: (202) 551-1700
6
7  YAR R. CHAIKOVSKY (SBN: 175421)
   yarchaikovsky@paulhastings.com
8  PAUL HASTINGS LLP
   1117 S. California Avenue
9  Palo Alto, CA 94304
   Telephone: (650) 320-1800
10
11 Attorneys for Defendants
   *Fairchild Semiconductor Int'l, Inc., Fairchild*
12 *Semiconductor Corp., and Fairchild (Taiwan) Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR HEARING PURSUANT TO GENERAL ORDER NO. 58** |

[PROPOSED] ORDER                                              CASE NO. C 09-5235-MMC (MEJ)

1   IT IS HEREBY ORDERED:

2   Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on Monday, November 16, 2015 for the express purpose of presenting the parties' hearing presentations at the hearing set for Tuesday, November 17, 2015.

Defendant is DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

**IT IS ORDERED.**

DATED: November 13, 2015

_____
Hon. Maxine M. Chesney
United States District Judge