Frank E. Scherkenbach (CA #142549/scherkenbach@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (CA #162897/pollack@fr.com)
Michael R. Headley (CA #220834/headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-5235-MMC<br><br>**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff Power Integrations, Inc. ("Power Integrations") has filed with the Court an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. Having considered Power Integrations' Motion, IT IS HEREBY ORDERED THAT this action is related to the recently filed action involving the same parties and one of the same patents (the '079 patent) in this District, Case No. 15-cv-4854.

Dated: November 20, 2015

By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
UNITED STATES MAGISTRATE JUDGE