IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **DIRECTIONS TO PLAINTIFF** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. | |

Before the Court is defendants' "Emergency Motion to Exclude New Opinions and Related Testimony of Jonathan D. Putnam," filed November 30, 2015. In light of the upcoming trial, plaintiff is hereby DIRECTED to file a response by December 2, 2015, at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: December 1, 2015

MAXINE M. CHESNEY
United States District Judge