UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. C 09-5235-MMC (MEJ)<br><br>[PROPOSED] ORDER GRANTING IN PART FAIRCHILD'S EMERGENCY MOTION ~~TO EXCLUDE NEW OPINIONS AND TESTIMONY OF JONATHAN D. PUTNAM~~ |

WHEREAS, Defendants have filed an Emergency Motion to Exclude New Opinions and Testimony of Jonathan D. Putnam; and plaintiffs have filed an opposition; and the Court having considered the ~~moving~~ papers and evidence, in addition to the expedited nature of the requested relief; this Court hereby GRANTS Defendants' Motion as follows:

- ~~Based on Jonathan D. Putnam's new "Exhibit 3 Trial Update Damages Scenarios" served on November 25, 2015 and their related schedules, served on November 27, 2015, the damages opinions of Jonathan D. Putnam in their entirety are excluded;~~

  ~~or~~

- Power Integrations is compelled to make Jonathan D. Putnam available for deposition at the Paul Hastings LLP office in San Francisco or via telephone, see Fed. R. Civ. P. 30(b)(4), at a time mutually agreed upon by the Parties, but by no later than Friday, December 4, 2015, unless the parties agree that a later date is acceptable.

**IT IS SO ORDERED.**

Dated: Dec. 3, 2015

Honorable Maxine M. Chesney
United States District Judge

-1-    CASE NO. C 09-5235-MMC (MEJ)

Proposed Order