1   Frank E. Scherkenbach (SBN 142549)         Blair M. Jacobs (admitted pro hac vice)
    scherkenbach@fr.com                         blairjacobs@paulhastings.com
2   FISH & RICHARDSON P.C.                      Christina A. Ondrick (admitted pro hac vice)
    One Marina Park Drive                       christinaondrick@paulhastings.com
3   Boston, Massachusetts 02210-1878            Charles J. Hawkins (admitted pro hac vice)
    Telephone: (617) 542-5070                   charleshawkins@paulhastings.com
4   Facsimile:  (617) 542-8906                  PAUL HASTINGS LLP
                                                875 15th Street NW
5   Howard G. Pollack (SBN 162897)              Washington, DC 20005
    pollack@fr.com                              Telephone: (202) 551-1700
6   Michael R. Headley (SBN 220834)
    headley@fr.com                              Yar R. Chaikovsky (SBN: 175421)
7   FISH & RICHARDSON P.C.                      yarchaikovsky@paulhastings.com
    500 Arguello Street, Suite 500              PAUL HASTINGS LLP
8   Redwood City, CA  94063                     1117 S. California Avenue
    Telephone: (650) 839-5070                   Palo Alto, CA 94304
9   Facsimile:  (650) 839-5071                  Telephone: (650) 320-1800

10  Attorneys for Plaintiff                     Attorneys for Defendants
    POWER INTEGRATIONS, INC.                    FAIRCHILD SEMICONDUCTOR INT'L,
11                                              INC., FAIRCHILD SEMICONDUCTOR
                                                CORP., AND FAIRCHILD (TAIWAN)
12                                              CORP.

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                              (SAN FRANCISCO DIVISION)

16  POWER INTEGRATIONS, INC.,                   Case No. 09-cv-05235-MMC (MEJ)
    a Delaware corporation,
17                                              **STIPULATION AND [PROPOSED]**
                    Plaintiff,                  **ORDER RE ENTRY OF EQUIPMENT**
18                                              **INTO THE COURT FOR TRIAL**
             v.                                 **PURSUANT TO GENERAL ORDER NO.**
19                                              **58**
    FAIRCHILD SEMICONDUCTOR
20  INTERNATIONAL, INC., a Delaware             TRIAL DATE:  December 7, 2015
    corporation, FAIRCHILD SEMICONDUCTOR        TIME:  9:00 a.m.
21  CORPORATION, a Delaware corporation, and    JUDGE:  Honorable Maxine M. Chesney
    FAIRCHILD (TAIWAN) CORPORATION, a
22  Taiwanese corporation,

23                  Defendants.

24

25          WHEREAS, on December 7, 2015, at 9:00 a.m., the Court is scheduled to begin trial.

26          WHEREAS, the parties intend to use projectors, related projection equipment, laptop

27  computers, and printers to present their case at trial.

28

1    NOW, THEREFORE, the parties respectfully request that the Court issue an order
2 permitting projectors, related projection equipment, laptop computers, and printers to be brought
3 into the Courtroom to be used by the parties in presenting their case at trial.

4 Dated:  December 3, 2015                       FISH & RICHARDSON P.C.

                                                By: */s/ Michael R. Headley*
                                                    Michael R. Headley

                                                Attorneys for Plaintiff
                                                POWER INTEGRATIONS, INC.


10 Dated:  December 3, 2015                      PAUL HASTINGS LLP

                                                By:  */s/ Christina A. Ondrick*
                                                     Christina A. Ondrick

                                                Attorneys for Defendants
                                                FAIRCHILD SEMICONDUCTOR INT'L,
                                                INC., FAIRCHILD SEMICONDUCTOR
                                                CORP., AND FAIRCHILD (TAIWAN) CORP.


       Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of
this document has been obtained from counsel for Defendants.


Dated:  December 3, 2015                         FISH & RICHARDSON P.C.

                                                By:  */s/ Michael R. Headley*
                                                     Michael R. Headley

                                                Attorneys for Plaintiff
                                                POWER INTEGRATIONS, INC.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, laptop computers, and printers may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, starting on Friday, December 4, 2015 and running through December 15, 2015 for the express purpose of presenting and capturing the parties' trial presentations.

The parties are DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

**IT IS SO ORDERED**.

Dated:  December 3 , 2015

*[signature]*
HONORABLE MAXINE M. CHESNEY
United States District Court Judge