UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. C 09-5235-MMC (MEJ)<br><br>[PROPOSED] ORDER RE REMOTE REAL TIME TRANSCRIPT FEED<br><br>Trial Date: December 7, 2015<br>Courtroom: 7, 19th floor<br>Judge: Hon. Maxine Chesney |

The Court hereby authorizes Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation (collectively "Fairchild") to arrange for a remote Realtime transcript feed for the duration of the trial, set to begin on Monday, December 7, 2015. The parties may proceed to make arrangements with the Court Information Technology Group and the court reporter to bring into the Courtroom the necessary computer equipment to facilitate the Realtime transcript feed.

Judicial Conference policy restricts access to Realtime unedited transcripts to parties to the case who have ordered Realtime; Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation (collectively "Fairchild") are responsible for ensuring that the remote Realtime transcript feed is not provided to individuals or entities who are not participating in the case.

Only court reporters may provide Realtime unedited transcript feeds to any party or parties in the courtroom.

Dated: December 4, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 119279979.1