CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:  December 7, 2015

**The Honorable MAXINE M. CHESNEY**

**Clerk:** Tracy Lucero

**Court Reporter:** Debra Pas /Belle Ball

Case No. **C-09-5235 MMC**         Case Name: Power Integrations v. Fairchild Semiconductor

Trial Began: **December 7, 2015**        Trial Ended: _____

| **Trial Motions Heard**: | **Disposition** |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Other:

Jury selection held. Jury of 8 selected and sworn in by clerk.

Plaintiff's opening statement - by Frank Scherkenbach (1 hour 4 minutes)

Defendant's opening statement - by Blair Jacobs (51 minutes)

Verdict:

Disposition of Exhibits:

(4 hours 35 minutes)