Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Power Integrations, Inc.,

           Plaintiff(s),

  v.

Fairchild Semiconductor International,

           Defendant(s).

Case No: 09-5235 (MMC)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Warren K. Mabey, Jr., an active member in good standing of the bar of Delaware, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Power Integrations, Inc. in the above-entitled action. My local co-counsel in this case is Michael R. Headley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Delaware Ave, 17th Floor<br>Wilmington, DE  19801 | 500 Arguello St., Suite 500<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (302) 778-8456 | (650) 839-5139 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mabey@fr.com | headley@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5775.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/09/15

                                                Warren K. Mabey, Jr.
                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Warren K. Mabey, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 9, 2015

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE