1  Frank E. Scherkenbach (CA #142549/scherkenbach@fr.com)
   FISH & RICHARDSON P.C.
2  One Marina Park Drive
   Boston, Massachusetts 02210-1878
3  Telephone: (617) 542-5070
   Facsimile: (617) 542-8906
4
   Howard G. Pollack (CA #162897/pollack@fr.com)
5  Michael R. Headley (CA #220834/headley@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, California 94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Attorneys for Plaintiff
9  POWER INTEGRATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC (MEJ)<br><br>**[PROPOSED] ORDER DENYING FAIRCHILD'S MOTION FOR CONTINUED PROTECTIVE ORDER (DKT. NO. 882)**<br><br>TRIAL DATE: December 7, 2015<br>TIME: 9:00 a.m.<br>JUDGE Hon. Maxine M. Chesney<br>LOCATION: Courtroom 7, 19th Floor |

Having considered the parties' briefing and arguments and the relevant facts and law,

IT IS SO ORDERED that Fairchild's motion to continue the protective order preventing Dr. Putnam from testifying about his EMVR reasonable royalty opinion is DENIED, and Dr. Putnam can testify on his EMVR and reasonable royalty opinions.

1    IT IS SO ORDERED.

2    Dated: _____          _____
                                    Honorable Maxine M. Chesney
3                                   UNITED STATES DISTRICT COURT