CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:  December 11, 2015

**The Honorable MAXINE M. CHESNEY**

**Clerk:** Tracy Lucero

**Court Reporter:**  Debra Pas

Case No. **C-09-5235 MMC**          Case Name: Power Integrations v. Fairchild Semiconductor

Trial Began: **December 7, 2015**      Trial Ended: _____

**Trial Motions Heard**:

1.	Fairchild's Motion for Continued Protective Order Regarding Dr. Putnam (Dkt. #882) - Motion denied for reasons stated on the record.

Other:

Verdict:

Disposition of Exhibits:

(27 minutes)