**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,            No. C - 09-5235 MMC

    Plaintiff,                       **ORDER FOR JURY REFRESHMENTS**

  v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., et al.,

    Defendants.
                                         /

      IT IS HEREBY ORDERED that the United States District Court shall furnish daily lunch refreshments for the eight members of this jury in the above-entitled matter beginning **December 17, 2015 at 11:30 AM**, for the duration of the jury deliberations, at the expense of the United States. The trial will be held in Court Room 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.

      **IT IS SO ORDERED.**

Dated: December 16, 2015                             _____
                                                             MAXINE M. CHESNEY
                                                             UNITED STATES DISTRICT JUDGE