UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

POWER INTEGRATIONS, INC., a Delaware corporation,

Plaintiff,

v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,

Defendants.

Case No. 09-cv-05235- MMC

**VERDICT FORM**

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**REASONABLE ROYALTY**

1. What is the dollar amount Power Integrations has proved it is entitled to as a reasonable royalty for infringement through March 4, 2014?

$ 139,800,000.00

2. In arriving at the above figure, did the '079 patented feature create the basis for customer demand for the infringing Fairchild products (Entire Market Value Rule)?

Yes X No ______

Your foreperson must sign and date this Verdict Form:

Dated: DECEMBER 17, 2015

Signed: Erin Kelly (foreperson)