IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTERGRATIONS, INC.,
a Delaware corporation,

            Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, FAIRCHILD SEMICONDUCTOR
CORPORATION, a Delaware corporation, and
FAIRCHILD (TAIWAN) CORPORATION, a
Taiwanese corporation,

            Defendants.

            /

No. CV-09-5235 MMC

**JUDGMENT IN A CIVIL CASE**

    **(X)  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS SO ORDERED AND ADJUDGED**

    Power Integrations has proved it is entitled to as a reasonable royalty for infringement through March 4, 2014 in the amount of  $139,800,000.00.

    The jury further finds that in arriving at the above figure, the '079 patented feature created the basis for customer demand for the infringing Fairchild products (Entire Market Value Rule).

Dated: December 18, 2015

Susan Y. Soong, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk