UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 09-cv-05235- MMC (MEJ)<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF ENRIQUE D. DUARTE |

The Court, having considered the request of counsel for Plaintiff Power Integrations, Inc. to remove Enrique D. Duarte as counsel of record hereby GRANTS this request.

IT IS HEREBY ORDERED that Enrique D. Duarte shall be removed as counsel of record for Plaintiff Power Integrations, Inc. and that the clerk of this Court shall remove Enrique D. Duarte from the ECF Service List.

**IT IS SO ORDERED.**

Dated: January 4, 2016

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE