



**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER RE: ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S MOTION FOR FEES AND EXHIBITS J, LL, AND MM IN SUPPORT THEREOF; DIRECTIONS TO PLAINTIFF** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. | |
| Defendants. | |

Before the Court is plaintiff Power Integrations's Administrative Motion to Seal, filed January 4, 2016, by which Power Integrations seeks permission to seal material designated confidential by defendant Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively, "Fairchild"), namely, portions of Power Integrations' Renewed Motion Requesting a Declaration that this Case is Exceptional and for Award of Enhanced Damages and Attorneys' Fees (hereinafter, "Motion for Fees"), as well as the entirety of Exhibits J, LL, and MM to the supporting declaration of Michael R. Headley ("Headley Declaration"). On January 8, 2016, Fairchild filed a responsive declaration in support of sealing. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file,

1 within four days, "declaration . . . establishing that all of the designated information is
2 sealable"). Having read and considered the administrative motion and Fairchild's
3 responsive declaration, the Court hereby rules as follows.

4 "A sealing order may issue only upon a request that establishes that the document,
5 or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to
6 protection under the law." See Civil L.R. 79-5(a). "The request must be narrowly tailored
7 to seek sealing only of sealable material." See id.

8 To the extent the instant administrative motion seeks to seal Exhibits J and MM to
9 the Headley Declaration, good cause has been shown for the relief requested.
10 Accordingly, Power Integrations's administrative motion to seal is hereby GRANTED as to
11 said exhibits and the portions of the Motion for Fees that reference said exhibits.

12 In its responsive declaration, Fairchild states that Exhibit LL to the Headley
13 Declaration "does not contain any Fairchild confidential information." (See Ondrick Decl.,
14 filed Jan. 8, 2016.) Accordingly, to the extent the administrative motion seeks to seal said
15 exhibit, the motion is hereby DENIED.

16 Power Integrations is hereby DIRECTED to file in the public record, no later than
17 January 18, 2016, Exhibit LL to the Headley Declaration and a version of the Motion for
18 Fees in which only those portions referencing Exhibits J and MM to the Headley
19 Declaration are redacted.

20 **IT IS SO ORDERED.**

22 Dated: January 11, 2016
                                                _____
23                                              MAXINE M. CHESNEY
                                                United States District Judge

2