Frank E. Scherkenbach (SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack (SBN 162897)
pollack@fr.com
Michael R. Headley (SBN 220834)
headley@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A. Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
Charles J. Hawkins (admitted *pro hac vice*)
charleshawkins@paulhastings.com
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:   (202) 551-1705

Yar R. Chaikovsky (SBN:  175421)
yarchaikovsky@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA  94304
Telephone: (650) 320-1800

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR
CORPORATION, and FAIRCHILD (TAIWAN)
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION, <br><br> Defendants. | CASE NO. C-09-5235-MMC (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING** |

This Stipulation is between Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corp. and Fairchild (Taiwan) Corp. ("Fairchild").

STIPULATION AND [PROPOSED] ORDER
REGARDING POST-TRIAL BRIEFING

1  WHEREAS on December 18, 2015, the Court entered Judgment in the above-captioned
2  case (Dkt. No. 922);

3  WHEREAS any motions pursuant to Rule 50 or Rule 59 (including renewed motions for
4  judgment as a matter of law, new trial, and/or interest) must be filed no later than 28 days after
5  the entry of judgment;

6  WHEREAS the parties expect to file renewed Rule 50 and/or Rule 59 motions (including
7  motions requesting judgment as a matter of law, new trial, and interest) pursuant to the applicable
8  rules;

9  WHEREAS Power Integrations has filed a Renewed Motion Requesting a Declaration that
10  this Case Is Exceptional and for Award of Enhanced Damages and Attorneys' Fees (Dkt. No.
11  931) ("Motion for Enhanced Damages and Attorneys' Fees");

12  WHEREAS the parties also intend to file post-trial motions other than motions for
13  renewed judgment as a matter of law, motions for new trial, and Power Integrations' Motion for
14  Enhanced Damages and Attorneys' Fees;

15  WHEREAS the parties and their counsel have scheduling constraints that cause conflicts
16  with the deadlines derived under the applicable rules;

17  WHEREAS the parties agree to extend the deadlines for filing Rule 50 and/or Rule 59
18  motions;

19  WHEREAS the parties agree to extend the deadline for Fairchild to respond to Power
20  Integrations' Motion for Enhanced Damages and Attorneys' Fees;

21  IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-2 by and among the
22  parties, and the parties do jointly hereby request that the Court enter an order providing that the
23  briefs relating to motions pursuant to Rule 50 and Rule 59 are scheduled to be submitted
24  according to the following schedule:

25  Motions and Opening Briefs on February 12, 2016;
26  Opposition Briefs on March 25, 2016; and
27  Reply Briefs on April 15, 2016.
28

PAUL HASTINGS LLP
ATTORNEYS AT LAW
875 15TH STREET, N.W.
WASHINGTON, DC 20005

- 1 -   STIPULATION AND [PROPOSED] ORDER
REGARDING POST-TRIAL BRIEFING

The parties further stipulate and request that the remaining briefing on Power Integrations' Motion for Enhanced Damages and Attorneys' Fees should be extended to be briefed on the aforementioned schedule, with a deadline of March 25, 2016 for Fairchild's opposition and Power Integrations' reply due on April 15, 2016.

DATED: January 13, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BLAIR M. JACOBS
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP


By: */s/ Blair M. Jacobs*
　　　Blair M. Jacobs

Attorneys for Defendants
FAIRCHILD SEMICONDUCTR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,

Dated: January 13, 2016　　　　　　　　FISH & RICHARDSON P.C.

By: /s/ *Michael R. Headley*
　　　Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: January 13, 2016　　　　　　　　PAUL HASTINGS LLP

By: */s/ Blair M. Jacobs*
　　　Blair M. Jacobs

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION

- 2 -　　STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED**~~.~~, with the following directive and addition of a hearing date:

1. Absent a court order approving the filing of any additional post-trial motions,[1] Fairchild is hereby DIRECTED to file no more than a single motion for judgment as a matter of law, or, in the alternative, for a new trial, and Power Integrations is hereby DIRECTED to file no more than a single motion for prejudgment interest.

2. A hearing on the parties' post-trial motions is hereby SCHEDULED for May 13, 2016.

Dated: __January 14__, 2016       By: _/s/ Maxine M. Chesney_
                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] The Court is in receipt of Power Integrations's Motion for Enhanced Damages and Attorneys' Fees, which the Court will consider on the above-referenced schedule.