**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

POWER INTEGRATIONS, INC.,

10

     Plaintiff,

11

  v.

12

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., et al.

13

     Defendants.

14
_____/

No. C 09-5235 MMC

**ORDER RE: FAIRCHILD'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE JONATHAN D. PUTNAM, AND SUPPORTING EXHIBITS; DIRECTIONS TO FAIRCHILD**

15

16     Before the Court is an administrative motion to file under seal, filed September 4,

17 2015, by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor

18 Corporation, and Fairchild Corporation (collectively, "Fairchild"), pursuant to Civil Local

19 Rule 79-5, by which Fairchild seeks permission to seal the entirety of Exhibits A - D to the

20 Declaration of Christina A. Ondrick ("Ondrick Declaration") filed in support of "Fairchild's

21 Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam," as well as portions

22 of Fairchild's motion that make reference to said exhibits.

23     By order filed October 20, 2015, the Court deferred ruling on the administrative

24 motion to the extent it sought to seal the entirety of Exhibits A - C to the Declaration of

25 Christina Ondrick ("Ondrick Declaration") and portions of the Motion to Exclude.[1]  By the

26 same order, each party was directed to file a supplemental response identifying the

27 portions of said exhibits and motion that contain that party's confidential information.

28

_____

[1]To the extent the administrative motion sought to seal the entirety of Exhibit D to the Ondrick Declaration, the Court granted the motion.

1    On November 3, 2015, the parties timely filed their supplemental responses.  Having

2 read and considered the supplemental responses, the Court hereby rules as follows.

3    To the extent the administrative motion seeks to seal portions of Exhibits A - C to the

4 Ondrick Declaration and portions of the Motion to Exclude, the Court finds good cause to

5 seal the material in said exhibits and motion identified as sealable in the parties'

6 supplemental responses.

7    Accordingly, the Court hereby GRANTS the administrative motion to the extent it

8 seeks to seal said material, and Fairchild is hereby DIRECTED to file in the public record,

9 no later than February 2, 2016, a version of each said exhibit and the Motion to Exclude in

10 which the parties' confidential material, as identified in their respective supplemental

11 responses, is redacted.

12    **IT IS SO ORDERED.**

13 Dated: January 26, 2016

14 MAXINE M. CHESNEY
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28