IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. <br><br> Defendants. | No. C 09-5235 MMC <br><br> **ORDER RE: FAIRCHILD'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE ARTHUR W. KELLEY AND CHARLES L. COLBY, AND SUPPORTING EXHIBITS; DIRECTIONS TO FAIRCHILD** |

Before the Court is an administrative motion to file under seal, filed September 4, 2015, by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild Corporation (collectively, "Fairchild"), pursuant to Civil Local Rule 79-5, by which Fairchild seeks permission to seal the entirety of Exhibits A - C and F to the Declaration of Christina A. Ondrick ("Ondrick Declaration") filed in support of "Fairchild's Motion to Exclude the Opinions and Testimony of Arthur W. Kelley and Charles L. Colby," as well as portions of Fairchild's motion that refer to said exhibits. According to Fairchild, all of the material sought to be sealed has been designated confidential by plaintiff Power Integrations, Inc. ("Power Integrations").

By order filed October 20, 2015, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of Exhibits A and B to the Declaration of

Christina Ondrick ("Ondrick Declaration") and related portions of the Motion to Exclude.[1] By the same order, the Court directed Power Integrations to file a supplemental response identifying the portions of said exhibits and motion that contain Power Integrations's confidential information.

On November 3, 2015, Power Integrations timely filed its supplemental response. Having read and considered the supplemental response, the Court hereby rules as follows.

Power Integrations's supplemental response does not address Exhibit B to the Ondrick Declaration nor does it address the portions of the Motion to Exclude that refer to either Exhibit A or Exhibit B. Accordingly, to the extent the administrative motion seeks permission to seal Exhibit B and said portions of the Motion to Exclude, the administrative motion is hereby DENIED, and Fairchild is hereby DIRECTED to file in the public record, no later than February 2, 2016, Exhibit B to the Ondrick Declaration and a version of the Motion to Exclude in which only those portions that reference Exhibit C to the Ondrick Declaration are redacted.

As to Exhibit A, the Court finds good cause to seal those portions of said exhibit that Power Integrations, in its supplemental response, has identified as sealable material. Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of Exhibit A to the Ondrick Declaration, and Fairchild is hereby DIRECTED to file in the public record, no later than February 2, 2016, a version of said exhibit in which Power Integrations's confidential material, as identified in its supplemental response, is redacted.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent the administrative motion sought to seal the entirety of Exhibit C to the Ondrick Declaration and related portions of the Motion to Exclude, the Court granted the motion, and to the extent the administrative motion sought to seal Exhibit F to the Ondrick Declaration and related portions of the Motion to Exclude, the Court denied the motion.

2