IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER RE: POWER INTEGRATIONS'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO FAIRCHILD'S MOTION TO EXCLUDE JONATHAN D. PUTNAM, AND SUPPORTING EXHIBITS; DIRECTIONS TO POWER INTEGRATIONS** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. | |
| Defendants. | |

Before the Court is an administrative motion to file under seal, filed September 14, 2015, by plaintiff Power Integrations, Inc. ("Power Integrations"), pursuant to Civil Local Rule 79-5, by which Power Integrations seeks permission to seal the entirety of Exhibits 1 - 3 to the Declaration of Michael R. Headley ("Headley Declaration") filed in support of "Power Integrations' Opposition to Fairchild's Motion to Exclude the Testimony of Jonathan D. Putnam," as well as portions of Power Integrations's opposition that make reference to said exhibits.

By order filed October 20, 2015, the Court deferred ruling on the administrative motion to the extent it sought to seal Exhibits 1 and 3 to the Headley Declaration and related portions of said Opposition, and directed each party to file a supplemental response identifying the portions of said exhibits and Opposition that contain that party's confidential

1  information.[1]  On November 3, 2015, the parties timely filed their supplemental responses. Having read and considered the supplemental responses, the Court finds good cause to seal those portions of Exhibits 1 and 3 and the Opposition that are identified in the parties' supplemental responses as sealable material.

	Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of Exhibit 1, Exhibit 3, and the Opposition, and Power Integrations is hereby DIRECTED to file in the public record, no later than February 2, 2016, a version of each said exhibit in which the parties' confidential material, as identified in their respective supplemental responses, is redacted, and a version of the Opposition in which references to Exhibit 2 and the parties' confidential material, as identified in their respective supplemental responses, are redacted.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent Power Integrations sought to seal Exhibit 2 to the Headley Declaration and related portions of the Opposition, the Court granted the motion.