United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

       Plaintiff,

  v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., et al.

      Defendants.

_____/

No. C 09-5235 MMC

**ORDER RE: POWER INTEGRATIONS'S
MOTION TO FILE UNDER SEAL
PORTIONS OF ITS OPPOSITION TO
MOTION TO EXCLUDE ARTHUR W.
KELLEY AND CHARLES L. COLBY,
AND SUPPORTING EXHIBITS;
DIRECTIONS TO POWER
INTEGRATIONS**

     Before the Court is an administrative motion to file under seal, filed September 14,

2015, by plaintiff Power Integrations, Inc. ("Power Integrations"), pursuant to Civil Local

Rule 79-5, by which Power Integrations seeks permission to seal the entirety of Exhibits 1

and 2 to the Declaration of Michael R. Headley ("Headley Declaration") filed in support of

"Power Integrations' Opposition to Fairchild's Motion to Exclude the Opinions and

Testimony of Arthur W. Kelley and Charles L. Colby," as well as portions of said Opposition

that make reference to said exhibits.

     By order filed October 20, 2015, the Court deferred ruling on the administrative

motion, and directed each party to file a supplemental response identifying the portions of

said exhibits and Opposition that contain that party's confidential information.  On

November 3, 2015, the parties timely filed their supplemental responses.   Having read and

considered the supplemental responses, the Court hereby rules as follows.

     Neither party having addressed in its supplemental response either Exhibit 1 to the

1  Headley Declaration or the related portions of the Opposition, the administrative motion is

2  hereby DENIED to the extent it seeks permission to seal said material.  Power Integrations

3  is hereby DIRECTED to file in the public record, no later than February 2, 2016, Exhibit 1

4  and the unredacted Opposition.

5       To the extent the administrative motion seeks permission to seal portions of Exhibit

6  2 to the Headley Declaration, the Court finds good cause to seal those portions that are

7  identified in the parties' supplemental responses as sealable material.  Accordingly, the

8  Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of

9  Exhibit 2 to the Headley Declaration, and Power Integrations is hereby DIRECTED to file in

10  the public record, no later than February 2, 2016, a version of said exhibit in which the

11  parties' confidential material, as identified in their respective supplemental responses, is

12  redacted.

13       **IT IS SO ORDERED.**

14  Dated: January 26, 2016

15  MAXINE M. CHESNEY
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2