IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. <br><br> Defendants. | No. C 09-5235 MMC <br><br> **ORDER RE: FAIRCHILD'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO POWER INTEGRATIONS'S MOTION TO EXCLUDE GU-YEON WEI, AND SUPPORTING EXHIBITS; DIRECTIONS TO FAIRCHILD** |

Before the Court is an administrative motion to file under seal, filed September 14, 2015, by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild Corporation (collectively, "Fairchild"), pursuant to Civil Local Rule 79-5, by which Fairchild seeks permission to seal the entirety of Exhibits B and D - I to the Declaration of Christina A. Ondrick ("Ondrick Declaration") filed in support of "Fairchild's Opposition to Power Integrations' Motion to Exclude Certain Testimony of Dr. Wei," as well as portions of Fairchild's opposition that refer to said exhibits.

By order filed October 26, 2015, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of Exhibits B, F, and G to the Declaration of Christina Ondrick ("Ondrick Declaration") and related portions of the Opposition.[1] By the same order, the Court directed each party to file a supplemental response identifying the

---

[1] To the extent the administrative motion sought to seal the entirety of Exhibits D, E, H, and I to the Ondrick Declaration and related portions of the Opposition, the Court granted the motion.

1 portions of said exhibits and motion that contain that party's confidential information.  On
2 November 9, 2015, each party timely filed its supplemental response.  Having read and
3 considered the supplemental responses, the Court hereby rules as follows.

4       In their supplemental responses, the parties state that Exhibits B, F, and G do not
5 contain confidential material.

6       Accordingly, the Court hereby DENIES the administrative motion to the extent it
7 seeks to seal portions of Exhibit B, F, and G to the Ondrick Declaration and related portions
8 of the Opposition, and Fairchild is hereby DIRECTED to file in the public record, no later
9 than February 2, 2016, the unredacted version of each said exhibit, and a version of the
10 Opposition with only those portions redacted that reference Exhibits D, E, H, and I to the
11 Ondrick Declaration.

12 **IT IS SO ORDERED.**

13 Dated: January 26, 2016

                            MAXINE M. CHESNEY
14                             United States District Judge