IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C 09-5235 MMC |
| Plaintiff, | **ORDER RE: FAIRCHILD'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF JONATHAN D. PUTNAM; DIRECTIONS TO FAIRCHILD** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al. | |
| Defendants. | |

Before the Court is the "Administrative Motion to File Under Seal Fairchild's Brief in Further Support of Fairchild's Motion to Exclude the Opinions and Testimony of Jonathan D. Putnam," filed September 18, 2015, by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild Corporation (collectively, "Fairchild"), pursuant to Civil Local Rule 79-5, by which Fairchild seeks permission to seal portions of its reply brief submitted in support of its motion to exclude expert testimony.

By order filed October 26, 2015, the Court deferred ruling on the administrative motion,[1] and directed each party to file a supplemental response identifying the portions of said brief that contain that party's confidential information. On November 9, 2015, each party timely filed its supplemental response. Having read and considered the supplemental responses, the Court finds good cause to seal those portions identified therein as sealable

---

[1] By the same order, the Court denied two other administrative motions to seal, which concerned two other reply briefs filed in support of motions to exclude.

material.

Accordingly, the Court hereby GRANTS the administrative motion, and Fairchild is hereby DIRECTED to file in the public record, no later than February 2, 2016, a version of the reply brief in which the parties' confidential material, as identified in their respective supplemental responses, is redacted.

**IT IS SO ORDERED.**

Dated: January 26, 2016

MAXINE M. CHESNEY
United States District Judge