UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>               Defendants. | Case No. 09-cv-05235-MMC (MEJ)<br><br>**[PROPOSED] ORDER DENYING FAIRCHILD'S ADMINISTRATIVE MOTION RE PAGE LIMITS (DKT. NO. 939)** |

Before the Court is Defendants' Administrative Motion to increase page limits for briefing on Defendants' Renewed Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur (Dkt. No. 939). The Court, having considered the parties' briefing and arguments and the relevant facts and law, hereby DENIES defendants' motion.

IT IS SO ORDERED.

Dated: __January 26____, 2016

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE