IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF EXHIBITS B - E TO ONDRICK DECLARATION** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. | |

On February 12, 2016, defendants electronically filed the Declaration of Christina A. Ondrick and Exhibits A - E thereto, and thereafter provided chambers copies only of the Declaration and Exhibit A. The Civil Local Rules of this District and the Court's Standing Orders require parties "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Accordingly, defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of Exhibits B - E to the Declaration of Christina A. Ondrick.

**IT IS SO ORDERED.**

Dated: February 19, 2016


MAXINE M. CHESNEY
United States District Judge