UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>             Defendants. | Case No. 09-cv-05235-MMC (MEJ)<br><br>ORDER GRANTING IN PART AND DENYING IN PART [PROPOSED] ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF POWER INTEGRATIONS' ADMINISTRATIVE MOTION REQUESTING A CHANGE IN HEARING SCHEDULE AND LEAVE TO FILE ITS RENEWED MOTION FOR INJUNCTION<br><br>DATE:          May 13, 2016<br>TIME:          9:00 a.m.<br>JUDGE:       Hon. Maxine M. Chesney<br>LOCATION:  Courtroom 7, 19th Floor |

Before the Court is Plaintiff Power Integrations' Administrative Motion Requesting a Change in Hearing Schedule and Leave to File its Renewed Motion for Injunction.

The Court, having considered the parties' briefing and arguments and the relevant facts and law, hereby GRANTS in part and DENIES in part Power Integrations' motion. The hearing on the parties' post-trial motions (~~including~~ excluding Power Integrations' renewed request for an injunction) is rescheduled to June 17, ~~24~~, 2016. Given the number and complexity of issues raised in the two pending post-trial motions, Power Integrations's renewed request for an injunction shall not be filed prior to the date on which said two motions are resolved.

IT IS SO ORDERED.

Dated: February 29, 2016

_Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Court Judge