IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br> Defendants. | No. C-09-5235 MMC <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL PORTION OF ITS REPLY BRIEF IN SUPPORT OF MOTION FOR PREJUDGMENT INTEREST, AND SUPPORTING EXHIBIT; DIRECTIONS TO PLAINTIFF** |

Before the Court is plaintiff's Administrative Motion to Seal (Doc. No. 968), filed April 15, 2016, by which plaintiff seeks permission to seal Exhibit C to its reply brief in support of its Motion for Prejudgment Interest, as well a portion of the reply brief referencing said exhibit. Having read and considered the administrative motion, the Court rules as follows.

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

According to plaintiff, all of the material sought to be sealed has been designated confidential by defendants. Pursuant to the Local Rules of this district, defendants were required to file by April 19, 2016, a responsive declaration in support of sealing the material they have designated as confidential. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, designating party

must file, within four days, "a declaration . . . establishing that all of the designated information is sealable"). To date, no such declaration has been filed.

Accordingly, as defendants have not shown the subject material is confidential, the motion to seal is hereby DENIED, and plaintiff is hereby DIRECTED to file in the public record, no later than May 27, 2016, unredacted versions of its reply brief and Exhibit C thereto.

**IT IS SO ORDERED.**

Dated: May 16, 2016

MAXINE M. CHESNEY
United States District Judge