IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., | No. C-09-5235 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL EXHIBIT D IN SUPPORT OF OPPOSITION TO MOTION FOR PREJUDGMENT INTEREST; DIRECTIONS TO DEFENDANTS** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | |
| Defendants. | |

Before the Court is defendants' Administrative Motion to Seal, filed March 25, 2016, by which defendants seek permission to seal material designated confidential by plaintiff, specifically, Exhibit D to defendants' opposition to plaintiff's Motion for Prejudgment Interest. On March 29, 2016, plaintiff timely filed a responsive declaration in support of sealing. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, designating party must file, within four days, "a declaration . . . establishing that all of the designated information is sealable"). Having read and considered the administrative motion and responsive declaration, the Court rules as follows.

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

According to plaintiff's declaration, Exhibit D "contains confidential information from prior litigation between the parties, including information concerning the parties' work with experts and other sealed filings in that case." (See Headley Decl. at 2:15-17.) Contrary to plaintiff's assessment, however, it would appear that Exhibit D fails to reveal anything of a confidential nature.

Accordingly, the administrative motion to seal is hereby DENIED, and defendants are hereby DIRECTED to file, no later than May 27, 2016, the entirety of Exhibit D in the public record.

**IT IS SO ORDERED.**

Dated: May 16, 2016

MAXINE M. CHESNEY
United States District Judge