UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. C 09-5235-MMC (MEJ)<br><br>[PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR HEARING PURSUANT TO GENERAL ORDER NO. 58 |

IT IS HEREBY ORDERED:

Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on June 17, 2016 for the express purpose of presenting the parties' hearing presentations at the hearing set for June 17, 2016 at 9:00 am.

The parties shall contact the Deputy Clerk to arrange for access to the courtroom.

**"""""""IT IS ORDERED.**

DATED: June 10, 2016

_____
Hon. Maxine M. Chesney
United States District Judge