IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No.  09-cv-05235-MMC <br><br> **ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 980 |

Before the Court is the parties' "Joint Status Report and [Proposed] Supplemental Briefing Schedule," filed June 24, 2016, in which each party proposes a schedule for briefing the issue of how the Supreme Court's decision in Halo Electronics, Inc. v. Pulse Electronics, Inc., 579 U.S. __ (2016) impacts plaintiff's pending "Renewed Motion Requesting a Declaration that this Case is Exceptional and for Award of Enhanced Damages and Attorneys' Fees," filed January 4, 2016.  Having read and considered the parties' respective proposals, the Court hereby sets the following supplemental briefing schedule:

1.  Each party shall file, no later than twenty days after the Court rules on defendants' "Renewed Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur," filed February 12, 2016, an opening brief not to exceed ten pages in length.

2.  Each party shall file, no later than fourteen days after the deadline for opening briefs, a responsive brief not to exceed ten pages in length.

**IT IS SO ORDERED.**

Dated: June 28, 2016

MAXINE M. CHESNEY
United States District Judge