IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 09-cv-05235-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Re: Dkt. No. 983 |

Before the Court is defendants' Request for Leave to File a Statement of Recent Decision, filed July 27, 2016, pursuant to Civil Local Rule 7-3(d). Also before the Court are plaintiff's Objections thereto, filed July 28, 2016.

Civil Local Rule 7-3(d) provides, in relevant part, as follows: "Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion— without argument." See Civil L.R. 7-3(d)(2). To the extent Civil Local Rule 7-3(d)(2) may be deemed applicable to decisions submitted after the noticed hearing date, here, as plaintiff points out, the proposed filing is more than "a citation to and . . . copy of the new opinion." See id.

Accordingly, the Request is hereby GRANTED as to Exhibit B attached thereto, which the Court will consider, and in all other respects the Request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge