IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br>    Defendants. | Case No. 09-cv-05235-MMC <br><br>**ORDER SETTING BRIEFING SCHEDULE RE: CALCULATION OF PREJUDGMENT INTEREST AWARD** |

By order filed August 24, 2016, the Court directed each party to file, no later than September 9, 2016, a supplemental declaration providing a calculation of prejudgment interest for the period from June 28, 2004, to December 15, 2015, using the applicable Treasury bill rate.

Before the Court are the parties' respective supplemental declarations. Because the supplemental declarations were submitted simultaneously, the parties have not had the opportunity to address the discrepancies between their respective calculations.[1]

Accordingly, the Court sets the following briefing schedule:

1. No later than October 24, 2016, each party shall file a brief, not to exceed seven pages in length, along with any declarations in support thereof, setting forth its opposition to the calculations made by the other party's expert.

2. No later than October 31, 2016, each party may file a reply, not to exceed

---

[1] Plaintiff contends the appropriate award is $7,846,658, whereas defendant contends it is $6,693,252.

five pages in length, along with any declarations in support thereof.

**IT IS SO ORDERED.**

Dated: October 3, 2016

MAXINE M. CHESNEY
United States District Judge