Frank E. Scherkenbach (SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-2804
Telephone: (617) 542-5070

Howard G. Pollack (SBN 162897)
pollack@fr.com
Michael R. Headley (SBN 220834)
headley@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

BLAIR M. JACOBS (admitted *pro hac vice*)
blairjacobs@paulhastings.com
CHRISTINA A. ONDRICK (admitted *pro hac vice*)
christinaondrick@paulhastings.com
PATRICK J. STAFFORD (admitted *pro hac vice*)
patrickstafford@paulhastings.com
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005
Telephone: (202) 551-1700

YAR R. CHAIKOVSKY (SBN: 175421)
yarchaikovsky@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR
CORPORATION, and FAIRCHILD (TAIWAN)
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION, <br><br> Defendants. | Case No. C 09-5235-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE PREJUDGMENT INTEREST AWARD** |

1      Pursuant to the Court's request per Dkt. 999 and in response to Power Integrations, Inc.'s ("Power Integrations") Supplemental Brief Re Prejudgment Interest, Dkt. 1003, the parties have met and conferred and hereby stipulate to a prejudgment interest award of $6,680,598. Defendants offered to stipulate to this amount and Power Integrations accepted; the parties have reached this agreement to avoid further litigation on this issue and to conserve judicial and party resources. Nothing herein should be considered a concession by Defendants as to appropriateness of the prejudgment interest award or the methodologies adopted by Dr. Putnam.

     IT IS HEREBY STIPULATED pursuant to Civil Local Rule 7-12 by and among the parties, and the parties do jointly hereby request that the Court enter an order providing a prejudgment interest award of $6,680,598.

Dated: October 31, 2016

Respectfully submitted,

By: */s/Blair M. Jacobs*

Blair M. Jacobs
Christina A. Ondrick
Patrick J. Stafford
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005

Yar R. Chaikovsky
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION, and
FAIRCHILD (TAIWAN) CORPORATION

CASE NO. C 09-5235-MMC      STIPULATION AND [PROPOSED] ORDER RE PREJUDGMENT INTEREST AWARD

| | | |
|---|---|---|
| 1 | Dated: October 31, 2016 | FISH & RICHARDSON P.C. |
| 2 | | By: */s/ Michael R. Headley* |
| 3 | | Michael R. Headley (SBN 220834) |
| | | headley@fr.com |
| 4 | | FISH & RICHARDSON P.C. |
| | | 500 Arguello Street, Suite 500 |
| 5 | | Redwood City, CA  94063 |
| | | Telephone: (650) 839-5070 |

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: October 31, 2016         PAUL HASTINGS LLP

By: */s/Blair M. Jacobs*

Blair M. Jacobs
Christina A. Ondrick
Patrick J. Stafford
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005

Yar R. Chaikovsky
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR
CORPORATION, and
FAIRCHILD (TAIWAN) CORPORATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: November 16, 2016        By: _/s/ Maxine M. Chesney_
                                    MAXINE M. Chesney
                                    United States District Judge