IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br>　　　　Defendants. | Case No. 09-cv-05235-MMC <br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR RELIEF AND TO VACATE JUDGMENT** |

Before the Court is defendants' "Motion for Relief and to Vacate Judgment," filed January 6, 2017.  Plaintiff has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 10, 2017.

**IT IS SO ORDERED.**

Dated: February 7, 2017

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge