IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 09-cv-05235-MMC<br><br>**ORDER RE: POWER INTEGRATIONS' STATUS REPORT REGARDING FINAL JUDGMENT**<br><br>Re: Dkt. No. 1030 |

Before the Court is "Power Integrations' Status Report Regarding Final Judgment," which filing is, in effect, a motion for entry of an amended judgment *nunc pro tunc* as of January 13, 2017, the date on which, according to Power Integrations' proposed amended judgment, "the Court disposed of the last outstanding substantive issue in this case." (See Status Report, filed Feb. 21, 2017, Ex. A at 1:4.)

In the interim between the filing of the Status Report and today's date, however, the Court has issued an order denying Fairchild's Motion for Relief and to Vacate Judgment (see Order, filed Feb. 22, 2017), and Fairchild has requested time to confer with Power Integrations in light thereof (see Resp. to Power Integrations' Status Report, filed Feb. 22, 2017), which request appears reasonable.

Accordingly, the parties are hereby DIRECTED to meet and confer as to whether an amended judgment is necessary and, if so, the form thereof, and to file, no later than March 9, 2017, a Joint Status Report reflecting the parties' consensus or separate

1  positions on that question.

3  **IT IS SO ORDERED.**

5  Dated: February 23, 2017

_____
MAXINE M. CHESNEY
United States District Judge