1    Frank E. Scherkenbach (SBN 142549)      BLAIR M. JACOBS (admitted *pro hac vice*)
     scherkenbach@fr.com                     blairjacobs@paulhastings.com
2    FISH & RICHARDSON P.C.                  CHRISTINA A. ONDRICK (admitted *pro hac vice*)
     One Marina Park Drive                   christinaondrick@paulhastings.com
3    Boston, MA 02110-2804                   PATRICK  J. STAFFORD (admitted *pro hac vice*)
     Telephone: (617) 542-5070               patrickstafford@paulhastings.com
4                                            PAUL HASTINGS LLP
     Howard G. Pollack (SBN 162897)          875 15th Street NW
5    pollack@fr.com                          Washington, DC 20005
     Michael R. Headley (SBN 220834)         Telephone: (202) 551-1700
6    headley@fr.com
     FISH & RICHARDSON P.C.                  YAR R. CHAIKOVSKY (SBN:  175421)
7    500 Arguello Street, Suite 500          yarchaikovsky@paulhastings.com
     Redwood City, CA  94063                 PAUL HASTINGS LLP
8    Telephone: (650) 839-5070               1117 S. California Avenue
                                             Palo Alto, CA  94304
9    Attorneys for Plaintiff                 Telephone: (650) 320-1800
     POWER INTEGRATIONS, INC.
10                                           Attorneys for Defendants FAIRCHILD
                                             SEMICONDUCTOR INTERNATIONAL, INC.,
11                                           FAIRCHILD SEMICONDUCTOR
                                             CORPORATION, and FAIRCHILD (TAIWAN)
12                                           CORPORATION

13                  IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16   POWER INTEGRATIONS, INC.,               Case No. C 09-5235-MMC

17                  Plaintiff,               **[PROPOSED] FINAL JUDGMENT**

18          v.

19   FAIRCHILD SEMICONDUCTOR
20   INTERNATIONAL, INC., FAIRCHILD
     SEMICONDUCTOR CORPORATION, and
21   FAIRCHILD (TAIWAN) CORPORATION,

22                  Defendants.

23

24

25

26

27

28

CASE NO. C 09-5235-MMC                              [PROPOSED] FINAL JUDGMENT

1    Pursuant to the JURY VERDICTS of March 4, 2014 (Dkt. No. 551) and December 17,

2    2015 (Dkt. No. 918) and the ORDERS of the Court (including Dkt. Nos. 349, 350, 632, 678, 922,

3    986, 1009,  1020, and 1031 and any and all other orders of the Court that hereby merge into this

4    judgment), the Court's FINAL JUDGMENT is as follows:

5    IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of

6    Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation,

7    and Fairchild (Taiwan) Corporation (collectively, "Fairchild") and against Plaintiff Power

8    Integrations, Inc. ("Power Integrations") with respect to literal infringement of claims 26 and 27

9    of U.S. Patent No. 6,538,908;

10   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

11   in favor of Power Integrations and against Fairchild with respect to direct infringement under the

12   doctrine of equivalents and inducement of claims 26 and 27 of U.S. Patent No. 6,538,908;

13   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

14   in favor of Power Integrations and against Fairchild with respect to the willful infringement of

15   claims 26 and 27 of U.S. Patent No. 6,538,908;

16   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

17   in favor of Fairchild and against Power Integrations with respect to enhancement of damages for

18   infringement of claims 26 and 27 of U.S. Patent No. 6,538,908;

19   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

20   in favor of Power Integrations and against Fairchild with respect to validity of claims 26 and 27

21   of U.S. Patent No. 6,538,908;

22   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

23   in favor of Power Integrations and against Fairchild with respect to enforceability of U.S. Patent

24   No. 6,538,908;

25   IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

26   in favor of Power Integrations and against Fairchild with respect to literal infringement and

27   inducement of claims 31, 34, 38, and 42 of U.S. Patent No. 6,212,079;

28

CASE NO. C 09-5235-MMC                                    [PROPOSED] FINAL JUDGMENT

1    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

2 in favor of Power Integrations and against Fairchild with respect to the willful infringement of

3 claims 31, 34, 38, and 42 of U.S. Patent No. 6,212,079;

4    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

5 in favor of Fairchild and against Power Integrations with respect to enhancement of damages for

6 infringement of claims 31, 34, 38 and 42 of U.S. Patent No. 6,212,079;

7    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

8 in favor of Power Integrations and against Fairchild with respect to validity of claims 31, 34, 38,

9 and 42 of U.S. Patent No. 6,212,079;

10    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

11 in favor of Power Integrations and against Fairchild, awarding reasonable royalty damages to

12 Power Integrations in the amount of $139,800,000.00, plus an award of pre-judgment interest in

13 the amount of $6,680,598.00, for a total damages award of $146,480,598.00;

14    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

15 in favor of Power Integrations and against Fairchild with respect to literal infringement of claim 6

16 of U.S. Patent No. 5,747,977;

17    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

18 in favor of Power Integrations and against Fairchild with respect to direct infringement under the

19 doctrine of equivalents and indirect infringement of claim 6 of U.S. Patent No. 5,747,977;

20    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

21 in favor of Fairchild and against Power Integrations with respect to validity of claim 6 of U.S.

22 Patent No. 5,747,977;

23    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

24 in favor of Power Integrations and against Fairchild with respect to infringement of claims 1, 7, 8,

25 10, 14, 15, and 17 of U.S. Patent No. 8,179,700; and

26    IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

27 in favor of Power Integrations and against Fairchild with respect to whether a violation of

28 Fairchild's Seventh Amendment rights occurred.

1    Dated: March 9, 2017                          Respectfully submitted,

2                                                  By: */s/Blair M. Jacobs*

3                                                  Blair M. Jacobs
                                                   Christina A. Ondrick
4                                                  Patrick J. Stafford
                                                   PAUL HASTINGS LLP
5                                                  875 15th Street NW
                                                   Washington, DC 20005
6
                                                   Yar R. Chaikovsky
7                                                  PAUL HASTINGS LLP
                                                   1117 S. California Avenue
8                                                  Palo Alto, CA 94304

9                                                  Attorneys for Defendants
                                                   FAIRCHILD SEMICONDUCTOR
10                                                 INTERNATIONAL, INC.,
                                                   FAIRCHILD SEMICONDUCTOR
11                                                 CORPORATION, and
                                                   FAIRCHILD (TAIWAN) CORPORATION
12

13

14   Dated: March 9, 2017                          FISH & RICHARDSON P.C.

15                                                 By: */s/ Michael R. Headley*

16                                                 Michael R. Headley (SBN 220834)
                                                   headley@fr.com
                                                   FISH & RICHARDSON P.C.
17                                                 500 Arguello Street, Suite 500
                                                   Redwood City, CA  94063
18                                                 Telephone: (650) 839-5070

19                                                 Attorneys for Plaintiff
                                                   POWER INTEGRATIONS, INC.
20

21          Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

22   penalty of perjury that concurrence in the filing of this document has been obtained from counsel

23   for Defendants.

24   Dated: March 9, 2017                          FISH & RICHARDSON P.C.

25                                                 By: */s/ Michael R. Headley*

26                                                 Michael R. Headley (SBN 220834)

27                                                 Attorneys for Plaintiff
                                                   POWER INTEGRATIONS, INC.
28

CASE NO. C 09-5235-MMC        - 3 -                    [PROPOSED] FINAL JUDGMENT

1

2          PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3

4    Dated: March 10, 2017                    By: _____
                                                 Maxine M. Chesney
5                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C 09-5235-MMC          - 4 -                    [PROPOSED] FINAL JUDGMENT