IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 09-cv-05235-MMC <br><br> **ORDER TEMPORARILY STAYING EXECUTION OF JUDGMENT; DENYING AS MOOT FAIRCHILD'S ADMINISTRATIVE MOTION TO EXPEDITE BRIEFING SCHEDULE AND HEARING DATE** <br><br> Re: Dkt. No. 1041 |

Before the Court is defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation's (collectively "Fairchild") Administrative Motion, filed March 27, 2017, by which Fairchild asks the Court to set an expedited briefing schedule on its Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond ("Motion to Stay"), also filed March 27, 2017, and to hear such motion on an emergency basis on April 5, 2017, rather than May 5, 2017.  On March 28, 2017, Power Integrations, Inc. ("Power Integrations") filed opposition to Fairchild's Administrative Motion.  Having considered the parties' respective written submissions, the Court rules as follows.

In support of the instant motion, Fairchild states that if the Court does not set an expedited briefing schedule and grant a stay on or before April 7, 2017, its corporate parent "will be in default of [a] credit agreement" (see Administrative Motion, at 2:17) unless Fairchild posts a bond by that date.  In opposition, Power Integrations argues any such "time pressure" is "of Fairchild's own making" and that an expedited briefing schedule would "prejudice its ability to fully address the substance of the [Motion to Stay]."  (See Opp. to Administrative Motion, at 4:1-4.)

Given the parties' respective concerns, the Court finds it preferable to temporarily stay execution of the judgment pending its ruling on the Motion to Stay. See, e.g., C.B. v. Sonora School Dist., 819 F. Supp. 2d 1032, 1056 (E.D. Cal. 2011) (imposing temporary stay pending resolution of motion to stay), aff'd in part, rev'd in part on other grounds, 769 F.3d 1005 (9th Cir. 2014).

Accordingly, execution of the judgment in the instant action is hereby STAYED pending resolution of Fairchild's Motion To Stay and, in light thereof, Fairchild's Administrative Motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 29, 2017

MAXINE M. CHESNEY
United States District Judge