UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. C 09-5235-MMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re. Dkt. No. 1042 |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation (collectively "Fairchild") request to file under seal Fairchild's Motion to Expedite the Briefing Schedule and Hearing Date, Fairchild's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond, a Certain Exhibit to the Declaration of Christina A. Ondrick, the Declaration of Bernard Colpitts in Support and Certain Exhibits in Support of Same.

Good cause having been shown, the Court hereby GRANTS Fairchild's request to have the following documents remain sealed:

- Fairchild's Administrative Motion to Expedite the Briefing Schedule and Hearing Date for Fairchild's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond.
- Fairchild's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond.
- Exhibit A to the Declaration of Christina A. Ondrick in Support of Fairchild's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond
- The Declaration of Bernard Colpitts in Support of Fairchild's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond
- Exhibits B-D to the Declaration of Bernard Colpitts.

1     **IT IS HEREBY ORDERED** that these documents shall be sealed.

2     **IT IS SO ORDERED.**

5  Dated: May 19, 2017            _/s/ Maxine M. Chesney_
6                                           Honorable Maxine M. Chesney
                                              United States District Judge