UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Case No. 3:09-cv-05235-MMC <br><br> **[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO SEAL** <br><br> Re. Dkt. No. 1049 |

Plaintiff Power Integrations, Inc. ("Power Integrations") filed an Administrative Motion to File Under Seal pursuant to Civil Local Rule 79-5 with this Court on April 10, 2017, seeking permission to maintain under seal portions of its Opposition to Fairchild's Motion Requesting a Stay of Execution and Waiver of Any Bond Requirement and the Declaration of Jonathan D. Putnam in Support of Power Integration's Opposition to Fairchild's Motion Requesting a Stay of Execution and Waiver of Any Bond Requirement. Defendants filed a declaration in support thereof.

Good cause having been shown, the Court hereby GRANTS Power Integrations' request to have the designated portions of the following document remain sealed:

- Power Integrations' Opposition to Fairchild's Motion Requesting a Stay of Execution and Waiver of Any Bond Requirement ("Power Integrations' Opposition").

- Declaration of Jonathan D. Putnam in Support of Power Integrations' Opposition ("Putnam Declaration")

IT IS SO ORDERED.

Dated: May 19 , 2017

 /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

51017142.doc

2   [PROPOSED] ORDER GRANTING POWER INTEGRATIONS'
ADMIN. MOT. TO SEAL
Case No. 3:09-cv-05235- MMC