UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | CASE NO. C 09-5235-MMC (MEJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FAIRCHILD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | Re. Dkt. No. 1053 |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION, | |
| Defendants. | |

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation (collectively "Fairchild") request to file under seal Fairchild's Reply in Support of its Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond and the Supporting Declaration of Bernard Colpitts.

Good cause having been shown, the Court hereby GRANTS Fairchild's request to have the following documents remain sealed:

- Fairchild's Reply in Support of its Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond.
- The Declaration of Bernard Colpitts in Support thereof.

**IT IS HEREBY ORDERED** that these documents shall be sealed.

**IT IS SO ORDERED.**

Dated: May 19, 2017

Honorable Maxine M. Chesney
United States District Judge