|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | NORTHERN DISTRICT OF CALIFORNIA | |
| | (SAN FRANCISCO DIVISION) | |
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | | Case No. 09-cv-05235- MMC (MEJ)<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF WARREN K. MABEY, JR. |

The Court, having considered the request of counsel for Plaintiff Power Integrations, Inc. to remove Warren K. Mabey, Jr. as counsel of record hereby GRANTS this request.

IT IS HEREBY ORDERED that Warren K. Mabey, Jr. shall be removed as counsel of record for Plaintiff Power Integrations, Inc. and that the clerk of this Court shall remove Warren K. Mabey, Jr. from the ECF Service List.

**IT IS SO ORDERED.**

Dated: May 24, 2017

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE