BLAIR M. JACOBS (admitted *pro hac vice*)
blairjacobs@paulhastings.com
CHRISTINA A. ONDRICK (admitted *pro hac vice*)
christinaondrick@paulhastings.com
PATRICK J. STAFFORD (admitted *pro hac vice*)
patrickstafford@paulhastings.com
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005
Telephone: (202) 551-1700

YAR R. CHAIKOVSKY (SBN: 175421)
yarchaikovsky@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800

*Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL, INC.,
FAIRCHILD SEMICONDUCTOR CORPORATION,
and FAIRCHILD (TAIWAN) CORPORATION*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION, <br><br> Defendants. | Case No. C 09-5235-MMC <br><br> **[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF JUDGMENT** |

1 **[PROPOSED] ORDER**

2 Now before the Court is Defendants' Fairchild Semiconductor International, Inc.,

3 Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation (collectively

4 "Fairchild") Unopposed Motion for Approval of Supersedeas Bond and Stay of Enforcement of

5 Judgment.

6 Having considered Fairchild's Motion, and any arguments or submissions related thereto,

7 the Court hereby GRANTS Fairchild's Motion.

8

9 **IT IS SO ORDERED THAT** the supersedeas bond is approved and that any proceedings

10 to enforce any portions of the judgment are stayed pending appeal of the instant action**.**

11

12

13 Dated: June 22 , 2017

14 Maxine M. Chesney
United States District Judge

CASE NO. C 09-5235-MMC          [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND
                                AND STAYING ENFORCEMENT OF JUDGMENT