IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,<br>　　　　Defendants. | Case No. 09-cv-05235-MMC<br><br>**ORDER DENYING MOTION TO STAY**<br>Re: Dkt. No. 1087 |

Before the Court is the Motion to Stay, filed August 2, 2019, by defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation, Inc. Plaintiff Power Integrations, Inc., has filed opposition, to which defendants have replied. The matter came on regularly for hearing on September 6, 2019. Colette Reiner Mayer of Morrison & Foerster LLP appeared on behalf of defendants. Frank E. Scherkenbach and Michael R. Headley of Fish & Richardson P.C. appeared on behalf of plaintiff.

The Court having considered the parties' respective submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 6, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge