IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br> Plaintiff, <br> v. <br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br> Defendants. | Case No. 09-cv-05235-MMC <br><br> **ORDER SETTING TRIAL AND PRETRIAL DATES FOR DAMAGES PHASE** <br><br> Re: Dkt. No. 1100 |

Before the Court is the parties' "Joint Statement and Proposal Regarding Trial and Related Dates," filed September 20, 2019, whereby the parties set forth their respective views as to the schedule for the damages phase of the above-titled case. In particular, plaintiff proposes a trial date in September 2020 and defendants propose a trial date in March 2021, each with discovery deadlines related thereto.

The earliest date available on the Court's trial calendar beginning September 2020 is March 15, 2021, which the Court hereby SETS as the trial date. In light thereof, the Court will adopt, with limited changes, the discovery deadlines proposed by defendants and, accordingly, SETS, as the schedule for the damages phase, the dates set forth in the Amended Pretrial Preparation Order filed concurrently herewith.

**IT IS SO ORDERED.**

Dated: October 8, 2019

MAXINE M. CHESNEY
United States District Judge